DAVIDOFF HUTCHER & CITRON LLP
*Attorneys for the Debtor*
605 Third Avenue
New York, New York 10158
(212) 557-7200
Robert L. Rattet, Esq
Jonathan S. Pasternak, Esq.

*Hearing Date: July 19, 2022*
*Hearing Time: 10:00 a.m.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

In re:

AGUILA, INC.,

Debtor.

---------------------------------------------------------------X

Chapter 11

Case No. 21-11776 (MG)

**OBJECTION TO CLAIM NO. 23 FILED BY**
**DE LAGE LANDEN FINANICAL SERVICES, INC,**

Aguila, Inc., the above-captioned Debtor and Debtor-in-Possession ("Debtor"), by and through its undersigned counsel, objects to the general non-priority unsecured claim number 23 filed by De Lage Landen Financial Services, Inc. ("De Lage") against the Debtor's estate ("Claim 23"), pursuant to Rule 3007 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") and 11 U.S.C. § 105(a) ("Bankruptcy Code"), and seeks an order reducing, as appropriate, Claim 23 filed against the Debtor as set forth herein, together with such other and further relief as the Court may deem just and proper. (the "Motion") In support of this Motion, the Debtor respectfully represents as follows:

## I. JURISDICTION AND VENUE

1. The Court has jurisdiction over this case pursuant to 28 U.S.C. §§ 157 and 1334.

2. Venue is proper in this District pursuant to 28 U.S.C. § 1408.

3. This is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2).

4.      This Motion is made pursuant to, *inter alia*, sections 105(a), 502(b) and 558 of the Bankruptcy Code and Bankruptcy Rule 3007.

## II.     BACKGROUND AND RELIEF REQUESTED

5.      On October 15, 2021 (the "Filing Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code (the "Chapter 11 Case").

6.      The Debtor has continued in possession of its property and the management of its business affairs as debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

7.      An Official Committee of Unsecured Creditors (the "Committee") was appointed by the United States Trustee on December 14, 2021. On March 8, 2022, the Court approved the retention of Cullen and Dykman LLP, as Counsel to the Official Committee of Unsecured Creditors.

8.      On November 30, 2021, the Bankruptcy Court entered a bar date order setting the last date to file proofs of claim on or before January 19, 2022.

9.      On January 18, 2022, De Lage filed Claim 23 in the amount of $425,684.83 for six (6) lease agreements for copier equipment identified as 8932, 1174, 1807, 3865, 7090, and 4234. A copy of Claim 18 is annexed hereto as Exhibit "A".

10.     The Debtor Seeks the reduction of Claim 18 to the amount of $4,863.07 since the Debtor's books and records indicate that such claim is actually in such reduced amount.

11.     Additionally, the Debtor surrendered all of the copiers to De Lage, and De Lage currently has in its possession four of the six copiers. De Lage has declined to take back the remaining two, despite the Debtor having agreed and offered to surrender them on multiple pre-petition occasions. A copy of the communications regarding these events is annexed hereto as

Exhibit "B".

12.    Accordingly, for the reasons set forth above, the Debtor requests that the Court reduce and allow Claim 23 in the amount of $4,863.07.

## III.    NOTICE AND NO PREVIOUS APPLICATION

13.    Notice of this Objection will be provided to: (a) De Lage; (b) the Office of the United States Trustee; (c) all parties who filed a notice of appearance in these cases; and (d) taxing and governmental units.  The Debtor submits that no further notice is required.

**WHEREFORE**, the Debtor respectfully requests the entry of an Order reducing, as appropriate, Claim 23 filed against the Debtor as set forth herein and for such other, further, and different relief as this Court deems just and proper.

Dated: May 30, 2022
       New York, New York

Respectfully submitted,

DAVIDOFF HUTCHER & CITRON LLP
*Attorneys for the Debtor*
605 Third Avenue
New York, New York 10158
(212) 557-7200

By: */s/ Jonathan S. Pasternak*
    Jonathan S. Pasternak
    Robert L. Rattet

EXHIBIT A

**Fill in this information to identify the case:**

Debtor 1 Aguila, Inc.

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court **Southern District of New York**

Case number: **21–11776**

FILED
**U.S. Bankruptcy Court**
**Southern District of New York**
1/18/2022
**Vito Genna, Clerk**

Official Form 410

# Proof of Claim

**04/19**

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

## Part 1: Identify the Claim

**1. Who is the current creditor?**

De Lage Landen Financial Services, Inc.
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**

De Lage Landen Financial Services, Inc.
Name

1111 Old Eagle School Road
Wayne, PA 19087

Contact phone 16103863762

Contact email acohen@leasedirect.com

**Where should payments to the creditor be sent?** (if different)

Name

Contact phone

Contact email

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) Filed on MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing?

**Part 2: Give Information About the Claim as of the Date the Case Was Filed**

**6. Do you have any number you use to identify the debtor?**

☐ No
☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: 8932

**7. How much is the claim?**

$ 425684.83

**Does this amount include interest or other charges?**
☐ No
☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as healthcare information.

Six (6) Lease Agreements for copier equipment identified as 8932, 1174, 1807, 3865, 7090, and 4234

**9. Is all or part of the claim secured?**

☑ No
☐ Yes. The claim is secured by a lien on property.

**Nature of property:**
☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410−A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe:

**Basis for perfection:**

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $

**Amount of the claim that is secured:** $

**Amount of the claim that is unsecured:** $ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $

**Annual Interest Rate** (when case was filed) %

☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**

☐ No
☑ Yes. **Amount necessary to cure any default as of the date of the petition.** $ 4096.56

**11. Is this claim subject to a right of setoff?**

☑ No
☐ Yes. Identify the property:

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

☑ No

☐ Yes. *Check all that apply*:

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ |
| ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ |
| ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(_) that applies | $ |

* Amounts are subject to adjustment on 4/1/22 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571.**

Check the appropriate box:

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date 1/18/2022
MM / DD / YYYY

/s/ Alan I. Cohen
Signature

Print the name of the person who is completing and signing this claim:

Name: Alan I. Cohen
First name Middle name Last name

Title: Senior Litigation & Bankruptcy Specialist

Company: De Lage Landen Financial Services, Inc.
Identify the corporate servicer as the company if the authorized agent is a servicer

Address: 1111 Old Eagle School Road
Number Street
Wayne, PA 19087
City State ZIP Code

Contact phone 16103863762 Email acohen@leasedirect.com

# PROOF OF CLAIM

**AGUILA, INC.** 21-11776

| | |
|---|---|
| **Date:** | 1/18/2022 |
| **To:** | |
| **From:** | Alan Cohen #610-386-3762 |
| | acohen@leasedirect.com |

**UNSECURED**

| | |
|---|---|
| **Customer Name:** | **AGUILA, INC.** |
| **DLL Lease Number:** | **8932** |
| **Lease Agreement:** | **1/15/2021** |
| **Date of Last Payment:** | **12/1/2021** |
| **Date of Oldest Outstanding:** | **12/1/2021** |
| **Equipment Type:** | **6-Toshiba e-studio 4515AC Digital Color Copiers** |
| **Original Term:** | **63** |
| **Base Payment with Sales Tax:** | **$ 3,941.52** |
| **UNSECURED** | |

| | Pre-Petition | Dates of Service |
|---|---|---|
| **Past due/billed payments:** | | |
| **Property Tax:** | $ - | |
| **Late Charges:** | $ 101.27 | |
| **Finance Charges:** | $ 34.26 | |
| **Other: Insurance** | $ 35.31 | |
| **Total Presently Due:** | | $170.84 **(A)** |
| | **Post-Petition** | |
| **Base Payment with Sales Tax:** | $ 3,941.52 | |
| **# Remaining payments to be discounted:** | 53 | |
| **Booked Residual Value (BRV):** | $ 10,859.31 | |
| **Remaining payments & BRV discounted at:** | | $219,759.87 **(B)** |
| **Equipment Sale Proceeds (Net): Sold 5-units 10/19 and 10/20/21.1-unit w/Debtor.** | | $ (8,357.00) **(C)** |
| **Bal of 11/1 Post Rent $3,462.82, Insurance 121.07, late fees $347.21, Fin $67.96** | | $ 3,999.06 |
| **Total DLL Unrecovered Investment:** | | **$215,572.77 (A+B+C)** |

8932

**ATLANTIC tomorrowsoffice.com**
A Program of De Lage Landen Financial Services

# Lease Agreement

| LESSEE | | | | | | |
|---|---|---|---|---|---|---|
| Full Legal Name: Aguila Inc | | Tax ID# | | Purchase Order Requisition Number | Phone Number: (718) 402-8979 |
| Billing Address: 655 CAULDWELL AVE | City: BRONX | State: NY | Zip: 10455 | County | Send Invoice to Attention of: |

| EQUIPMENT | Make | Model Number | Serial Number | Quantity | Description (Attach Separate Schedule A If Necessary) |
|---|---|---|---|---|---|
| | Toshiba | 4515ac | | 6 | Digital color copier |

| PAYMENT INFORMATION | Number of Lease Payments | Lease Payment | (PLUS) Applicable Sales Tax | (EQUALS) Total Lease Payment | Term of Lease in Months |
|---|---|---|---|---|---|
| | 63 | $4,477.77 | + | = | 63 |
| | | | + | = | |
| | | | + | = | |

Payment Frequency: ☑ Monthly ☐ Quarterly ☐ Other
End of Lease Option: ☑ FMV ☐ 10% ☐ $1 ☐ Other
**End of Lease Purchase Option shall be FMV unless another option is selected.**

Security Deposit (PLUS) First Period Payment (PLUS) Other (EQUALS) Total Payment Enclosed
+ + =

**1. Lease:** You (the "Lessee") agree to lease from us (the "Lessor") the Equipment listed above and on any attached schedule (the "Lease"). This Lease is effective on the date that it is accepted and signed by us, and the term of this Lease begins on that date or any later date that we designate (the "Commencement Date") and continues thereafter for the number of months indicated above. You agree to pay us a fee of $75.00 to reimburse our expenses for preparing financing statements, other documentation costs and all ongoing administration costs during the term of this Lease. Security deposits are non-interest bearing and may be applied to cure a Lease default. If you are not in default, we will return the deposit to you when the Lease is terminated. ONLY WE ARE AUTHORIZED TO WAIVE OR CHANGE ANY TERM, PROVISION OR CONDITION OF THE LEASE.

**2. Lease Payment.** Lease payments are due as invoiced by us. As you will have possession of the Equipment from the date of delivery, if we accept and sign this Lease you will pay us interim rent for each day from the date the Equipment is delivered to you until the Commencement Date, calculated on the Lease payment amount, the number of days in that period, and a year of 360 days. Your lease obligations are absolute, unconditional, and are not subject to cancellation, reduction, setoff or counterclaim. If the Lease payment includes the cost of maintenance and/or service provided by a third party, you agree that: (a) we are not responsible to provide the maintenance and/or service provided and you will make all claims related to the maintenance and service to the third party; (b) you will notify the third party of the meter reading each month, and; (c) we reserve the right to charge you a monthly fee to cover the increased costs of fuel plus any shipping and freight costs related to supplies and equipment provided by the third party under this agreement. We may increase the Lease Payment on an annual basis, in an amount not to exceed ten percent (10%) of the Lease Payment in effect at the end of the prior annual period. You agree that any claims related to maintenance or service will not impact your obligation to pay all Lease payments when due. Such amount shall be payable in addition to any and all amounts or monies payable by you as a result of the exercise of any of the remedies herein provided. If a payment is not made when due, you will pay us a late charge of 5% of the payment or $10.00, whichever is greater.

**3. Title:** Unless you have a $1.00 purchase option, we will have title to the Equipment. If you have a $1.00 purchase option and/or the Lease is deemed to be a security agreement, you grant us a security interest in the Equipment and all proceeds thereof. You authorize us to file financing statements.

**4. Equipment Use and Warranties:** We are leasing the Equipment to you "AS-IS" AND MAKE NO WARRANTIES, EXPRESS OR IMPLIED, INCLUDING WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. We transfer to you any manufacturer warranties. You are required at your cost to keep the Equipment in good working condition and to pay for all supplies and repairs.

**5. Assignment:** You agree not to transfer, sell, sublease, assign, pledge or encumber either the Equipment or any rights under this Lease without our prior written consent. You agree that we may sell, assign, or transfer the Lease and the new owner will have the same rights and benefits we now have and will not have to perform any of our obligations and the rights of the new owner will not be subject to any claims, defenses, or setoffs that you may have against us or any supplier.

**6. Risk of Loss and Insurance:** You are responsible for risks of loss or damage to the Equipment and if any loss occurs you are required to satisfy all of your Lease obligations. You will keep the Equipment insured against all risks of loss or damage for an amount equal to its replacement cost. You will list us as the sole loss payee for the insurance and give us written proof of the insurance. If you do not provide such insurance, you agree that we have the right, but not the obligation, to obtain insurance against theft and physical damage, and add an insurance fee to the amount due from you, on which we may make a profit. We are not responsible for any losses or injuries caused by the Equipment and you will reimburse us and defend us against any such claims. This indemnity will continue after the termination of this Lease. You will obtain and maintain comprehensive public liability insurance naming us as an additional insured with coverages and amounts acceptable to us.

**7. Taxes:** You agree to pay when due, either directly or as reimbursement to us, all sales, use and personal property taxes and charges in connection with ownership and use of the Equipment. We may charge you a processing fee for administering property tax filings. You will indemnify us on an after-tax basis against the loss of any tax benefits anticipated at the Commencement Date arising out of your acts or omissions.

**8. End of Lease:** You will give us at least 60 days but not more than 120 days written notice (to our address below) before the expiration of the initial lease term (or any renewal term) of your intention to purchase or return the Equipment. With proper notice you may: a) purchase all the Equipment as indicated above under "End of Lease Option"(fair market value purchase option amounts will be determined by us based on the Equipment's in place value); or b) return all the Equipment in good working condition at your cost in a timely manner, and to a location we designate. If you fail to notify us, or if you do not (i) purchase or (ii) return the Equipment as provided herein, this Lease will automatically renew for consecutive 12 month renewal periods.

**9. Default and Remedies:** You are in default on this Lease if: a) you fail to pay a Lease payment or any other amount when due; b) you breach any other obligation under the Lease or any other Lease with us; or c) you, your owner(s) or any guarantor(s) are listed on a US or foreign government sanctions list or are subject to sanctions therefrom. If you are in default on the Lease we may: (i) declare the entire balance of unpaid Lease payments for the full Lease term immediately due and payable to us; (ii) sue you for and receive the total amount due on the Lease plus the Equipment's anticipated end of Lease fair market value or fixed price purchase option (the "Residual") with future Lease payments and the Residual discounted to the date of default at the lesser of (A) a per annum interest rate equivalent to that of a U.S. Treasury constant maturity obligation (as reported by the U.S. Treasury Department) that would have a repayment term equal to the remaining Lease term, all as reasonably determined by Lessor, or (B) 3% per annum, plus reasonable collection and legal costs; (iii) charge you interest on all monies due at the rate of 18% per year or the highest rate permitted by law from the date of default; and (iv) require that you immediately return the Equipment to us or we may peaceably repossess it. Any return or repossession will not be considered a termination or cancellation of the Lease. If the Equipment is returned or repossessed we will sell or re-rent the Equipment at terms we determine, at one or more public or private sales, with or without notice to you, and apply the net proceeds (after deducting any related expenses) to your obligations. You remain liable for any deficiency with any excess being retained by us.

**10. Miscellaneous:** You agree the Lease is a Finance Lease as defined in Article 2A of the Uniform Commercial Code ("UCC"). You acknowledge we have given you the name of the Equipment supplier and that you may have rights under this contract with the supplier and may contact the supplier for a description of these rights. If requested, you will sign a separate Equipment acceptance certificate. **This Lease was made in Pennsylvania ("PA"), is to be performed in PA and shall be governed and construed in accordance with the laws of PA. You consent to jurisdiction, personal or otherwise, in any state or federal court in PA and waive a trial by jury.** You agree to waive any and all rights and remedies granted to you under Sections 2A-508 through 2A-522 of the UCC. You agree that the Equipment will only be used for business purposes and not for personal, family or household use. This Lease may be executed in counterparts and any facsimile, photographic or other electronic transmission and/or electronic signing of this Lease by you when manually countersigned by us or attached to our original signature counterpart and/or in our possession shall constitute the sole original chattel paper as defined in the UCC for all purposes and will be admissible as legal evidence thereof. At our option, we may require a manual signature. We may inspect the Equipment during the Lease term. You authorize us to contact you about your accounts in any way, including at any number or email address at which we believe we can reach you, even if you are charged for such contact by a provider.

**LESSEE SIGNATURE**

**You agree that this is a non-cancelable lease. The Equipment is:** ☒ NEW ☐ USED

Signature: [signature] Date:
Title: CEO Print Name: Raymond Sanchez
Legal Name of Corporation: Aguila Inc

**LESSOR**

**De Lage Landen Financial Services, Inc.**
Lease Processing Center, 1111 Old Eagle School Road, Wayne, PA 19087
**PHONE: (800) 735-3273 • FAX: (800) 776-2329**
Commencement Date: Lease Number:
Accepted By:

**ACCEPTANCE**

The Equipment has been received, put in use, is in good working order and is satisfactory and acceptable.
Signature: Date:
Print Name: Title:

**GUARANTY**

I unconditionally guaranty prompt payment of all the Lessee's obligations under the Lease. The Lessor is not required to proceed against the Lessee or the Equipment or enforce other remedies before proceeding against me. I waive notice of acceptance and all other notices or demands of any kind to which I may be entitled. I consent to any extensions or modification granted to the Lessee and the release and/or compromise of any obligations of the Lessee or any other guarantors without releasing me from my obligations. This is a continuing guaranty and will remain in effect in the event of my death and may be enforced by or for the benefit of any assignee or successor of the Lessor. **This guaranty is governed by and constituted in accordance with the laws of the Commonwealth of PA and I consent to exclusive jurisdiction of any state or federal court in PA and waive trial by jury.**

Signature: Print Name: Date:

08ABP027v6

©2020 All Rights Reserved. Printed in the U.S.A. 08ABP027v6 3/20

Lyndhurst, NJ 07071

(6)

09676601

** Prep/Install *

| VEHICLE NO. | | DATE | BRANCH |
|---|---|---|---|
| 0450 | | 1/08/21 | ABS |

| FROM | BILL TO | SHIP TO |
|---|---|---|
| NET<br>230 Clay Ave<br>Lyndhurst NJ 07071<br>, | ATLANTIC BUSINESS PRODUCT<br>ACCOUNTS PAYABLE<br>134 WEST 26TH ST<br>NEW YORK NY 10001 | AGUILA INC<br>665 CAULDWELL AVE<br><br>BRONX NY 10455<br>Notify- KEVIN PEREZ |

** Prep/Install *

| CUSTOMER PHONE | ZONE | SERVICE DATE/SPREAD DATE | CUSTOMER REFERENCE |
|---|---|---|---|
| 917/861-5904 | 00 | 1/08/21 - | 4782921 |

| DESCRIPTION | | | | | | WEIGHT |
|---|---|---|---|---|---|---|
| GD1370N TOSHIBA | 897783 | 897783 | J 09676601 | 99999 | 0108 | 5 |
| MJ1042B INNER F | SCAL950236 | 932183 | J 09676601 | 99999 | 0108 | 53 |
| ESTUDIO4515AC T | SCNHK48721 | 936018 | J 09676601 | 99999 | 0108 | ~~145~~ 250 |
| STAND5005 TOSHI | 957038 | 957038 | J 09676601 | | 0108 | 34 |

**************************************************************************************************

Customer Please Check YES or NO YES / NO

1. Did Driver unpack and remove debris? ✓
2. Did Driver install equipment ✓ ✓
3. Did Driver run a copy through Doc. Feeder & Sorter ✓

**************************************************************************************************

** INSTRUCTIONS **

OTHER DRIVER MUST CALL 1 HOUR PRIOR TO ARRIVAL

RIGGING 1 HOUR EMAIL NOTIFICATION TO ABS

REMOTE INSTALL

8932

**The equipment has been received, put in use, is in good working order and is satisfactory and acceptable.**

PICK UP TENDERED: THE ABOVE EQUIPMENT WAS TENDERED IN GOOD CONDITION EXCEPT AS NOTED ON THE ATTACHED INVENTORY.

X KEVIN PEREZ — Print Name; IT — Title

X [signature] — SIGNATURE; 1/08/21 — DATE

SHIPPER DATE

SHIPPER AGREES WITH THE TERMS OF THIS BILL OF LADING AND TENDERS ARTICLES LISTED ABOVE TO CARRIER IN CONDITION SHOWN. SHIPPER EXPRESSLY RELEASES THE SHIPMENT TO A VALUE OF $.60 PER POUND PER ARTICLE

TOTAL VALUE OF SHIPMENT IS $____ AND REQUEST EXCESS COVERAGE FOR FULL VALUE. ONLY IF CONTROL NO. IS ISSUED

Lyndhurst, NJ 07071

09676611

** Prep/Install *

| VEHICLE NO. | | DATE | BRANCH |
|---|---|---|---|
| 0450 | | 1/08/21 | ABS |

| FROM | BILL TO | SHIP TO |
|---|---|---|
| NET<br>230 Clay Ave<br>Lyndhurst NJ 07071<br>, | ATLANTIC BUSINESS PRODUCT<br>ACCOUNTS PAYABLE<br>134 WEST 26TH ST<br>NEW YORK NY 10001 | AGUILA INC<br>55 WEST 110TH ST<br>SOCIAL SERVICE OFFICE<br>NEW YORK NY 10026<br>Notify- KEVIN<br>** Prep/Install * |

| CUSTOMER PHONE | ZONE | SERVICE DATE/SPREAD DATE | CUSTOMER REFERENCE |
|---|---|---|---|
| 917/861-5904 | 00 | 1/08/21 - | 4782921 |

| DESCRIPTION | | | | | | WEIGHT |
|---|---|---|---|---|---|---|
| GD1370N TOSHIBA | 897790 | 897790 | J09676611 | 99999 | 0108 | 5 |
| MJ1042B INNER F | SCAL950303 | 932187 | J09676611 | 99999 | 0108 | 53 |
| ESTUDIO4515AC T | SCNHK48711 | 936210 | J09676611 | 99999 | 0108 | ~~145~~ 250 |
| STAND5005 TOSHI | 957041 | 957041 | J09676611 | | 0108 | 34 |

**********************************************************************************************

Customer Please Check YES or NO — YES / NO

1. Did Driver unpack and remove debris? ✓ __
2. Did Driver install equipment __ __
3. Did Driver run a copy through Doc. Feeder & Sorter ✓ __

**********************************************************************************************

** INSTRUCTIONS **

OTHER
RIGGING

DRIVER MUST CALL 1 HOUR PRIOR TO ARRIVAL
1 HOUR EMAIL NOTIFICATION TO ABS
REMOTE INSTALL

*2 steps Ramp needed

8932

**The equipment has been received, put in use, is in good working order and is satisfactory and acceptable.**

PICK UP TENDERED: THE ABOVE EQUIPMENT WAS TENDERED IN GOOD CONDITION EXCEPT AS NOTED ON THE ATTACHED INVENTORY

x Poe Surles — Print Name

Supv. — Title

x [signature] — SIGNATURE

1/08/21 — DATE

SHIPPER _______ DATE _______

SHIPPER AGREES WITH THE TERMS OF THIS BILL OF LADING AND TENDERS ARTICLES LISTED ABOVE TO CARRIER IN CONDITION SHOWN. SHIPPER EXPRESSLY RELEASES THE SHIPMENT TO A VALUE OF $.60 PER POUND PER ARTICLE

TOTAL VALUE OF SHIPMENT IS $____ AND REQUEST EXCESS COVERAGE FOR FULL VALUE. ONLY IF CONTROL NO IS ISSUED.

230 Clay Avenue
Lyndhurst, NJ 07071

(4)

09676621

** Prep/Install *

| VEHICLE NO. | DATE | BRANCH |
|---|---|---|
| 0450 | 1/08/21 | ABS |

| FROM | BILL TO | SHIP TO |
|---|---|---|
| NET<br>230 Clay Ave<br>Lyndhurst NJ 07071 | ATLANTIC BUSINESS PRODUCT<br>ACCOUNTS PAYABLE<br>134 WEST 26TH ST<br>NEW YORK NY 10001 | AGUILA INC<br>1625 FULTON AVE<br>BRONX NY 10457<br>Notify- KEVIN<br>** Prep/Install * |

| CUSTOMER PHONE | ZONE | SERVICE DATE/SPREAD DATE | CUSTOMER REFERENCE |
|---|---|---|---|
| 917/861-5904 | 00 | 1/08/21 - | 4782921 |

| | | DESCRIPTION | | | | WEIGHT |
|---|---|---|---|---|---|---|
| GD1370N TOSHIBA | 897788 | 897788 | J09676621 | 99999 | 0108 | 5 |
| MJ1042B INNER F | SCAL950234 | 932182 | J09676621 | 99999 | 0108 | 53 |
| ESTUDIO4515AC T | SCNHK48708 | 936226 | J09676621 | 99999 | 0108 | ~~145~~ 250 |
| STAND5005 TOSHI | 957053 | 957053 | J09676621 | | 0108 | 34 |

************************************************************************************************

Customer Please Check YES or NO — YES / NO

1. Did Driver unpack and remove debris? ✓
2. Did Driver install equipment ✓
3. Did Driver run a copy through Doc. Feeder & Sorter

************************************************************************************************

5 Steps - Stairclimber.

** INSTRUCTIONS **

OTHER RIGGING

DRIVER MUST CALL 1 HOUR PRIOR TO ARRIVAL
1 HOUR EMAIL NOTIFICATION TO ABS
REMOTE INSTALL

8932

**The equipment has been received, put in use, is in good working order and is satisfactory and acceptable.**

PICK UP TENDERED: THE ABOVE EQUIPMENT WAS TENDERED IN GOOD CONDITION EXCEPT AS NOTED ON THE ATTACHED INVENTORY.

X John Costa — Print Name
Facility Manager — Title

X [signature] — SIGNATURE
1/08/21 — DATE

SHIPPER DATE

SHIPPER AGREES WITH THE TERMS OF THIS BILL OF LADING AND TENDERS ARTICLES LISTED ABOVE TO CARRIER IN CONDITION SHOWN. SHIPPER EXPRESSLY RELEASES THE SHIPMENT TO A VALUE OF $.60 PER POUND PER ARTICLE

TOTAL VALUE OF SHIPMENT IS $____ AND REQUEST EXCESS COVERAGE FOR FULL VALUE. ONLY IF CONTROL NO. IS ISSUED

230 Clay Avenue
Lyndhurst, NJ 07071

(7)

09676631

** Prep/Install *

| VEHICLE NO. | DATE | BRANCH |
|---|---|---|
| 0450 | 1/08/21 | ABS |

| FROM | BILL TO | SHIP TO |
|---|---|---|
| NET<br>230 Clay Ave<br>Lyndhurst NJ 07071 | ATLANTIC BUSINESS PRODUCT<br>ACCOUNTS PAYABLE<br>134 WEST 26TH ST<br>NEW YORK NY 10001 | AGUILA INC<br>665 CAULDWELL AVE<br>1ST FL<br>BRONX NY 10455<br>Notify- KEVIN PEREZ<br>** Prep/Install * |

| CUSTOMER PHONE | ZONE | SERVICE DATE/SPREAD DATE | CUSTOMER REFERENCE |
|---|---|---|---|
| 718/402-8979 | 00 | 1/08/21 - | 4782921 |

| DESCRIPTION | | | | | | WEIGHT |
|---|---|---|---|---|---|---|
| GD1370N TOSHIBA | 897792 | 897792 | J 09676631 | 99999 | 0108 | 5 |
| MJ1042B INNER F | SCAF060415 | 932181 | J 09676631 | 99999 | 0108 | 53 |
| ESTUDIO4515AC T | SCNHK48703 | 936044 | J 09676631 | 99999 | 0108 | ~~145~~ 250 |
| TFC415UC CYAN T | 939263 | 939263 | J 09676631 | | 0108 | 2 |
| TFC415UK BLACK | 939487 | 939487 | J 09676631 | | 0108 | 2 |
| TFC415UM MAGENT | 939641 | 939641 | J 09676631 | | 0108 | 2 |
| TFC415UY YELLOW | 939816 | 939816 | J 09676631 | | 0108 | 2 |
| STAND5005 TOSHI | 957061 | 957061 | J 09676631 | | 0108 | 34 |

**********************************************************************************

Customer Please Check YES or NO YES/ NO

1. Did Driver unpack and remove debris? ✓
2. Did Driver install equipment ✓
3. Did Driver run a copy through Doc. Feeder & Sorter /

**********************************************************************************

** INSTRUCTIONS **

OTHER RIGGING

DRIVER MUST CALL 1 HOUR PRIOR TO ARRIVAL
1 HOUR EMAIL NOTIFICATION TO ABS
REMOTE INSTALL

8932

**The equipment has been received, put in use, is in good working order and is satisfactory and acceptable.**

PICK UP TENDERED: THE ABOVE EQUIPMENT WAS TENDERED IN GOOD CONDITION EXCEPT AS NOTED ON THE ATTACHED INVENTORY.

X KEVIN PEREZ — IT
Print Name — Title

X [signature] — 1/08/21

SHIPPER — DATE — SIGNATURE — DATE

SHIPPER AGREES WITH THE TERMS OF THIS BILL OF LADING AND TENDERS ARTICLES LISTED ABOVE TO CARRIER IN CONDITION SHOWN. SHIPPER EXPRESSLY RELEASES THE SHIPMENT TO A VALUE OF $.60 PER POUND PER ARTICLE

TOTAL VALUE OF SHIPMENT IS $____ AND REQUEST EXCESS COVERAGE FOR FULL VALUE. ONLY IF CONTROL NO. IS ISSUED.

Lyndhurst, NJ 07071 (8)

09676641

** Prep/Install *

| VEHICLE NO. | DATE | BRANCH |
|---|---|---|
| 0450 | 1/08/21 | ABS |

| FROM | BILL TO | SHIP TO |
|---|---|---|
| NET<br>230 Clay Ave<br>Lyndhurst NJ 07071<br>, | ATLANTIC BUSINESS PRODUCT<br>ACCOUNTS PAYABLE<br>134 WEST 26TH ST<br>NEW YORK NY 10001 | AGUILA INC<br>665 CAULDWELL AVE<br>1ST FL<br>BRONX NY 10455<br>Notify- KEVIN<br>** Prep/Install * |

| CUSTOMER PHONE | ZONE | SERVICE DATE/SPREAD DATE | CUSTOMER REFERENCE |
|---|---|---|---|
| 917/861-5904 | 00 | 1/08/21 - | 4782921 |

DESCRIPTION

| | | | | | | WEIGHT |
|---|---|---|---|---|---|---|
| GD1370N TOSHIBA | 897793 | 897793 | J 09676641 | 99999 | 0108 | 5 |
| ESTUDIO4515AC T | SCNHK48677 | 936233 | J 09676641 | 99999 | 0108 | ~~145~~ 250 |
| MJ1042B INNER F | SCAI065286 | 944915 | J 09676641 | 99999 | 0108 | 53 |
| STAND5005 TOSHI | 957065 | 957065 | J 09676641 | | 0108 | 34 |

****************************************************************************************

Customer Please Check YES or NO — YES NO

1. Did Driver unpack and remove debris? ✓
2. Did Driver install equipment ✓
3. Did Driver run a copy through Doc. Feeder & Sorter ✓

****************************************************************************************

OTHER RIGGING

** INSTRUCTIONS **
DRIVER MUST CALL 1 HOUR PRIOR TO ARRIVAL
1 HOUR EMAIL NOTIFICATION TO ABS
REMOTE INSTALL

1 HOUR LABOR

8932

**The equipment has been received, put in use, is in good working order and is satisfactory and acceptable.**

PICK UP TENDERED: THE ABOVE EQUIPMENT WAS TENDERED IN GOOD CONDITION EXCEPT AS NOTED ON THE ATTACHED INVENTORY.

X KEVIN PEREZ — Print Name

IT — Title

X [signature] — SIGNATURE

1/08/21 — DATE

SHIPPER — DATE

SHIPPER AGREES WITH THE TERMS OF THIS BILL OF LADING AND TENDERS ARTICLES LISTED ABOVE TO CARRIER IN CONDITION SHOWN. SHIPPER EXPRESSLY RELEASES THE SHIPMENT TO A VALUE OF $.60 PER POUND PER ARTICLE

TOTAL VALUE OF SHIPMENT IS $____ AND REQUEST EXCESS COVERAGE FOR FULL VALUE. ONLY IF CONTROL NO. IS ISSUED.

230 Clay Avenue
Lyndhurst, NJ 07071

(5)

09676651

** Prep/Install *

| VEHICLE NO. | | DATE | BRANCH |
|---|---|---|---|
| 0450 | | 1/08/21 | ABS |

| FROM | BILL TO | SHIP TO |
|---|---|---|
| NET<br>230 Clay Ave<br>Lyndhurst NJ 07071<br>, | ATLANTIC BUSINESS PRODUCT<br>ACCOUNTS PAYABLE<br>134 WEST 26TH ST<br>NEW YORK NY 10001 | AGUILA INC<br>665 CAULWELL AVE<br>BRONX NY 10455<br>Notify- KEVIN<br>** Prep/Install * |

| CUSTOMER PHONE | ZONE | SERVICE DATE/SPREAD DATE | CUSTOMER REFERENCE |
|---|---|---|---|
| 917/861-5904 | 00 | 1/08/21 - | 4782921 |

| DESCRIPTION | | | | | | WEIGHT |
|---|---|---|---|---|---|---|
| GD1370N TOSHIBA | 897789 | 897789 | J 09676651 | 99999 | 0108 | 5 |
| ESTUDIO4515AC T | SCNHK48658 | 936243 | J 09676651 | 99999 | 0108 | ~~145~~ 250 |
| MJ1042B INNER F | SCAI065301 | 944919 | J 09676651 | 99999 | 0108 | 53 |
| STAND5005 TOSHI | 957066 | 957066 | J 09676651 | | 0108 | 34 |

************************************************************************************

Customer Please Check YES or NO — YES / NO

1. Did Driver unpack and remove debris? ✓ —
2. Did Driver install equipment ✓ —
3. Did Driver run a copy through Doc. Feeder & Sorter — /

************************************************************************************

OTHER
RIGGING

** INSTRUCTIONS **
DRIVER MUST CALL 1 HOUR PRIOR TO ARRIVAL
1 HOUR EMAIL NOTIFICATION TO ABS
REMOTE INSTALL

5 STEPS

8932

**The equipment has been received, put in use, is in good working order and is satisfactory and acceptable.**

PICK UP TENDERED: THE ABOVE EQUIPMENT WAS TENDERED IN GOOD CONDITION EXCEPT AS NOTED ON THE ATTACHED INVENTORY.

X KEVIN PEREZ — Print Name — IT — Title

SHIPPER — DATE — X [signature] SIGNATURE — 1/08/21 DATE

SHIPPER AGREES WITH THE TERMS OF THIS BILL OF LADING AND TENDERS ARTICLES LISTED ABOVE TO CARRIER IN CONDITION SHOWN. SHIPPER EXPRESSLY RELEASES THE SHIPMENT TO A VALUE OF $.60 PER POUND PER ARTICLE

TOTAL VALUE OF SHIPMENT IS $____ AND REQUEST EXCESS COVERAGE FOR FULL VALUE. ONLY IF CONTROL NO. IS ISSUED.

# PROOF OF CLAIM

**AGUILA, INC.** 21-11776

| | |
|---|---|
| **Date:** | 1/18/2022 |
| **To:** | |
| **From:** | Alan Cohen #610-386-3762 |
| | acohen@leasedirect.com |

**UNSECURED**

| | |
|---|---|
| **Customer Name:** | **AGUILA, INC.** |
| **DLL Lease Number:** | **1174** |
| **Lease Agreement:** | **10/8/2020** |
| **Date of Last Payment:** | **7/1/2021** |
| **Date of Oldest Outstanding:** | **9/1/2021** |
| **Equipment Type:** | **1-Toshiba e-studio 4515AC Multi-Function Copier** |
| **Original Term:** | **63** |
| **Base Payment with Sales Tax:** | 934.70 |
| **UNSECURED** | |

| | Pre-Petition | Dates Of Service | | |
|---|---|---|---|---|
| **Past due/billed payments:** | $ 1,020.67 | 8/1-8/31 | | 2 |
| **Property Tax:** | $ - | 10/1-10/14 | | |
| **Late Charges:** | | | | |
| **Finance Charges:** | $ - | | | |
| **Other: Insurance** | | | | |
| **Total Presently Due:** | | $1,020.67 | **(A)** | |
| | **Post -Petition** | | | |
| **Base Payment with Sales Tax:** | **$ 934.70** | | | |
| **# Remaining payments to be discounted:** | 51 | | | |
| **Booked Residual Value (BRV):** | $ 2,583.10 | | | |
| **Remaining payments & BRV discounted at:** | | $50,252.80 | **(B)** | |
| **Equipment Sale Proceeds (Net): Unit still in possession of Debtor** | | $ - | **(C)** | |
| ***Bal of 11/1 Post Rent $512.58*** | | $ 512.58 | | |
| **Total DLL Unrecovered Investment:** | | **$51,786.05** | **(A+B+C)** | |

DocuSign Envelope ID: 677A4D6B-8578-4174-AE9F-3CB1656833E1

**ATLANTIC tomorrowsoffice.com**
A Program of De Lage Landen Financial Services

# Lease Agreement

**LESSEE**

| Full Legal Name | | | | Purchase Order Requisition Number | Phone Number |
|---|---|---|---|---|---|
| AGUILA INC | | | | | |
| Billing Address | City | State | Zip | County | Send Invoice to Attention of: |
| 66 E CAULDWELL AVE | BRONX | NY | 10455 | | |

**EQUIPMENT**

| Make | Model Number | Serial Number | Quantity | Description (Attach Separate Schedule A If Necessary) |
|---|---|---|---|---|
| TOSHIBA | 4515AC | | 1 | SCAN,COPY,PRINT,STAPLE,FAX COLOR COPIER |
| | | | | |
| | | | | |

**PAYMENT INFORMATION**

| Number of Lease Payments | Lease Payment | (PLUS) | Applicable Sales Tax | (EQUALS) | Total Lease Payment |
|---|---|---|---|---|---|
| 63 | $1,077.00 | + | | = | |
| | | + | | = | |
| | | + | | = | |

Term of Lease in Months: 63

Payment Frequency: ☑ Monthly ☐ Quarterly ☐ Other______

End of Lease Option: ☑ FMV ☐ 10% ☐ $1 ☐ Other______

**End of Lease Purchase Option shall be FMV unless another option is selected.**

| Security Deposit | (PLUS) | First Period Payment | (PLUS) | Other | (EQUALS) | Total Payment Enclosed |
|---|---|---|---|---|---|---|
| $0.00 | + | $0.00 | + | $0.00 | = | $0.00 |

## TERMS AND CONDITIONS

**1. Lease:** You (the "Lessee") agree to lease from us (the "Lessor") the Equipment listed above and on any attached schedule (the "Lease"). This Lease is effective on the date that it is accepted and signed by us, and the term of this Lease begins on that date or any later date that we designate (the "Commencement Date") and continues thereafter for the number of months indicated above. You agree to pay us a fee of $75.00 to reimburse our expenses for preparing financing statements, other documentation costs and all ongoing administration costs during the term of this Lease. Security deposits are non-interest bearing and may be applied to cure a Lease default. If you are not in default, we will return the deposit to you when the Lease is terminated. ONLY WE ARE AUTHORIZED TO WAIVE OR CHANGE ANY TERM, PROVISION OR CONDITION OF THE LEASE.

**2. Lease Payment.** Lease payments are due as invoiced by us. As you will have possession of the Equipment from the date of delivery, if we accept and sign this Lease you will pay us interim rent for each day from the date the Equipment is delivered to you until the Commencement Date, calculated on the Lease payment amount, the number of days in that period, and a year of 360 days. Your lease obligations are absolute, unconditional, and are not subject to cancellation, reduction, setoff or counterclaim. If the Lease payment includes the cost of maintenance and/or service provided by a third party, you agree that: (a) we are not responsible to provide the maintenance and/or service provided and you will make all claims related to the maintenance and service to the third party; (b) you will notify the third party of the meter reading each month, and; (c) we reserve the right to charge you a monthly fee to cover the increased costs of fuel plus any shipping and freight costs related to supplies and equipment provided by the third party under this agreement. We may increase the Lease Payment on an annual basis, in an amount not to exceed ten percent (10%) of the Lease Payment in effect at the end of the prior annual period. You agree that any claims related to maintenance or service will not impact your obligation to pay all Lease payments when due. If a payment is not made when due, you will pay us a late charge of 5% of the payment or $10.00, whichever is greater.

**3. Title:** Unless you have a $1.00 purchase option, we will have title to the Equipment. If you have a $1.00 purchase option and/or the Lease is deemed to be a security agreement, you grant us a security interest in the Equipment and all proceeds thereof. You authorize us to file financing statements.

**4. Equipment Use and Warranties:** We are leasing the Equipment to you "AS-IS" AND MAKE NO WARRANTIES, EXPRESS OR IMPLIED, INCLUDING WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. We transfer to you any manufacturer warranties. You are required at your cost to keep the Equipment in good working condition and to pay for all supplies and repairs.

**5. Assignment:** You agree not to transfer, sell, sublease, assign, pledge or encumber either the Equipment or any rights under this Lease without our prior written consent. You agree that we may sell, assign, or transfer the Lease and the new owner will have the same rights and benefits we now have and will not have to perform any of our obligations and the rights of the new owner will not be subject to any claims, defenses, or setoffs that you may have against us or any supplier.

**6. Risk of Loss and Insurance:** You are responsible for risks of loss or damage to the Equipment and if any loss occurs you are required to satisfy all of your Lease obligations. You will keep the Equipment insured against all risks of loss or damage for an amount equal to its replacement cost. You will list us as the sole loss payee for the insurance and give us written proof of the insurance. If you do not provide such insurance, you agree that we have the right, but not the obligation, to obtain insurance against theft and physical damage, and add an insurance fee to the amount due from you, on which we may make a profit. We are not responsible for any losses or injuries caused by the Equipment and you will reimburse us and defend us against any such claims. This indemnity will continue after the termination of the Lease. You will obtain and maintain comprehensive public liability insurance naming us as an additional insured with coverages and amounts acceptable to us.

**7. Taxes:** You agree to pay when due, either directly or as reimbursement to us, all sales, use and personal property taxes and charges in connection with ownership and use of the Equipment. We may charge you a processing fee for administering property tax filings. You will indemnify us on an after-tax basis against the loss of any tax benefits anticipated at the Commencement Date arising out of your acts or omissions.

**8. End of Lease:** You will give us at least 60 days but not more than 120 days written notice (to our address below) before the expiration of the initial lease term (or any renewal term) of your intention to purchase or return the Equipment. With proper notice you may: a) purchase all the Equipment as indicated above under "End of Lease Option" (fair market value purchase option amounts will be determined by us based on the Equipment's in place value); or b) return all the Equipment in good working condition at your cost in a timely manner, and to a location we designate. If you fail to notify us, or if you do not (i) purchase or (ii) return the Equipment as provided herein, this Lease will automatically renew for consecutive 12 month renewal periods.

**9. Default and Remedies:** You are in default on this Lease if: a) you fail to pay a Lease payment or any other amount when due; or b) you breach any other obligation under the Lease or any other Lease with us. If you are in default on the Lease we may: (i) declare the entire balance of unpaid Lease payments for the full Lease term immediately due and payable to us; (ii) sue you for and receive the total amount due on the Lease plus the Equipment's anticipated end of Lease fair market value or fixed price purchase option (the "Residual") with future Lease payments and the Residual discounted to the date of default at the lesser of (A) a per annum interest rate equivalent to that of a U.S. Treasury constant maturity obligation (as reported by the U.S. Treasury Department) that would have a repayment term equal to the remaining Lease term, all as reasonably determined by Lessor, or (B) 3% per annum, plus reasonable collection and legal costs; (iii) charge you interest on all monies due at the rate of 18% per year or the highest rate permitted by law from the date of default; and (iv) require that you immediately return the Equipment to us or we may peaceably repossess it. Any return or repossession will not be considered a termination or cancellation of the Lease. If the Equipment is returned or repossessed we will sell or re-rent the Equipment at terms we determine, at one or more public or private sales, with or without notice to you, and apply the net proceeds (after deducting any related expenses) to your obligations. You remain liable for any deficiency with any excess being retained by us.

**10. Miscellaneous:** You agree the Lease is a Finance Lease as defined in Article 2A of the Uniform Commercial Code ("UCC"). You acknowledge we have given you the name of the Equipment supplier and that you may have rights under this contract with the supplier and may contact the supplier for a description of these rights. If requested, you will sign a separate Equipment acceptance certificate. **This Lease was made in Pennsylvania ("PA"), is to be performed in PA and shall be governed and construed in accordance with the laws of PA. You consent to jurisdiction, personal or otherwise, in any state or federal court in PA and waive a trial by jury.** You agree to waive any and all rights and remedies granted to you under Sections 2A-508 through 2A-522 of the UCC. You agree that the Equipment will only be used for business purposes and not for personal, family or household use. This Lease may be executed in counterparts and any facsimile, photographic or other electronic transmission and/or electronic signing of this Lease by you when manually countersigned by us or attached to our original signature counterpart and/or in our possession shall constitute the sole original chattel paper as defined in the UCC for all purposes and will be admissible as legal evidence thereof. At our option, we may require a manual signature. We may inspect the Equipment during the Lease term.

**LESSEE SIGNATURE**

You agree that this is a non-cancellable lease. The Equipment is: ☑ NEW ☐ USED

Signature: [signature] 8958044CCD1496... Date:

Title: Print Name:

Legal Name of Corporation: AGUILA INC

**LESSOR**

**De Lage Landen Financial Services, Inc.**
Lease Processing Center, 1111 Old Eagle School Road, Wayne, PA 19087
PHONE: (800) 735-3273 • FAX: (800) 776-2329

Commencement Date: 10/8/2020 Lease Number:

Accepted By: C. Hoffman

**ACCEPTANCE**

The Equipment has been received, put in use, is in good working order and is satisfactory and acceptable.

Signature: Date:

Print Name: Title:

**GUARANTY**

I unconditionally guaranty prompt payment of all the Lessee's obligations under the Lease. The Lessor is not required to proceed against the Lessee or the Equipment or enforce other remedies before proceeding against me. I waive notice of acceptance and all other notices or demands of any kind to which I may be entitled. I consent to any extensions or modification granted to the Lessee and the release and/or compromise of any obligations of the Lessee or any other guarantors without releasing me from my obligations. This is a continuing guaranty and will remain in effect in the event of my death and may be enforced by or for the benefit of any assignee or successor of the Lessor. This guaranty is governed by and construed in accordance with the laws of the Commonwealth of PA and I consent to non-exclusive jurisdiction of any state or federal court in PA and waive trial by jury.

Signature: Print Name: Date:

08ABP027v5

©2018 All Rights Reserved. Printed in the U.S.A. 08ABP027v5 4/18

| VEHICLE NO. | | | DATE | BRANCH |
|---|---|---|---|---|
| 0438 | | 500-5017174 | 10/06/20 | ABS |

| FROM | BILL TO | SHIP TO |
|---|---|---|
| NET | ATLANTIC BUSINESS PRODUCT | AGUILA INC |
| 230 Clay Ave | ACCOUNTS PAYABLE | 1101 MANOR AVE |
| Lyndhurst NJ 07071 | 134 WEST 26TH ST | 1ST FLR |
| | NEW YORK NY 10001 | BRONX NY 10472 |
| | | Notify- KEVIN PEREZ |
| | | ** Prep/Install |

| CUSTOMER PHONE | ZONE | SERVICE DATE/SPREAD DATE | CUSTOMER REFERENCE |
|---|---|---|---|
| 917/881-5904 | 00 | 10/06/20 | 4743854 |

| DESCRIPTION | | | | | | WEIGHT |
|---|---|---|---|---|---|---|
| STAND5005 TOSHI | 801494 | 801494 | J09461981 | | 1006 | 34 |
| MR4000B 300-SHE | SMDF088832 | 814459 | J09461981 | 99999 | 1006 | 35 |
| ESTUDIO4515AC E | SCNGK46180 | 854368 | J09461981 | 99999 | 1006 | 172 |
| MJ1042B INNER F | SCAB055063 | 857227 | J09461981 | 99999 | 1006 | 53 |
| TFC415UC CYAN T | 876323 | 876323 | J09461981 | 99999 | 1006 | 2 |
| TFC415UK BLACK | 876368 | 876368 | J09461981 | | 1006 | 2 |
| TFC415UM MAGENT | 876412 | 876412 | J09461981 | | 1006 | 2 |
| TFC415UY YELLOW | 876447 | 876447 | J09461981 | | 1006 | 2 |

Customer Please Check YES or NO YES NO

Did Driver unpack and remove debris? __ __

Did Driver install equipment __ __

Did Driver run a copy through Doc. Feeder & Sorter __ __

THER
SGING

** INSTRUCTIONS **

DRIVER MUST CALL 1 HOUR PRIOR TO ARRIVAL

1 HOUR EMAIL NOTIFICATION TO ABS

REMOTE INSTALL

1174

equipment has been received, put in use, is in good working order and is satisfactory and acceptable.

RECEIVED THE ABOVE EQUIPMENT WAS TENDERED IN GOOD CONDITION EXCEPT AS NOTED ON THE ATTACHED INVENTORY. X Miranda Taylor CMS

Print Name Title

X [signature] 10/06/20

SHIPPER DATE SIGNATURE DATE

[illegible] THE TERMS OF THE BILL OF LADING AND TENDERED ARTICLES LISTED ABOVE TO CARRIER IN CONDITION SHOWN. SHIPPER EXPRESSLY RELEASES THE SHIPMENT TO A VALUE OF $.60 PER POUND PER ARTICLE [illegible] COVERAGE FOR FULL VALUE ONLY IF CONTROL NO. IS ISSUED

# PROOF OF CLAIM

**AGUILA, INC.** 21-11776

| | |
|---|---|
| **Date:** | 1/18/2022 |
| **To:** | |
| **From:** | Alan Cohen #610-386-3762 |
| | acohen@leasedirect.com |

**UNSECURED**

| | |
|---|---|
| **Customer Name:** | **AGUILA, INC.** |
| **DLL Lease Number:** | **1807** |
| **Lease Agreement:** | **12/10/2019** |
| **Date of Last Payment:** | **1/1/2022** |
| **Date of Oldest Outstanding:** | **1/1/2022** |
| **Equipment Type:** | **1-Toshiba e-studio 4515AC Multi-Function Copier** |
| **Original Term:** | **63** |
| **Base Payment with Sales Tax:** | **$ 1,117.02** |
| **UNSECURED** | |

| | **Pre-Petition** | **Dates of Service** | |
|---|---|---|---|
| **Past due/billed payments:** | | | |
| **Property Tax:** | $ - | | |
| **Late Charges:** | | | |
| **Finance Charges:** | | | |
| **Other: Insurance** | | | |
| **Total Presently Due:** | $ - | $0.00 | **(A)** |
| | **Post-Petition** | | |
| **Base Payment with Sales Tax:** | $ 1,117.02 | | |
| **# Remaining payments to be discounted:** | 40 | | |
| **Booked Residual Value (BRV):** | $ 2,045.96 | | |
| **Remaining payments & BRV discounted at:** | | $46,726.76 | **(B)** |
| **Equipment Sale Proceeds (Net): Sold 10/19/21** | | $ (982.25) | **(C)** |
| **Balance Rent $946.28** | | $ 946.28 | |
| **Total DLL Unrecovered Investment:** | | **$46,690.79** | **(A+B+C)** |



1807

**ATLANTIC tomorrowsoffice.com** — A Program of De Lage Landen Financial Services

**Lease Agreement**

**LESSEE**

Full Legal Name: Aguila Inc

Billing Address: 861 Cauldwell Ave Bronx NY 10456

**EQUIPMENT**

| Make | Model Number | Serial Number | Quantity | Description |
|---|---|---|---|---|
| Toshiba | 4515AC | | 1 | Scan, copy, print, fax, staple color |

**PAYMENT INFORMATION**

| Number of Lease Payments | Lease Payment | (PLUS) | Applicable Sales Tax | (EQUALS) | Total Lease Payment |
|---|---|---|---|---|---|
| 63 | 1,199.07 | | | | |
| | | + | | = | |
| | | + | | = | |

Term of Lease in Months: 63

Payment Frequency: ☒ Monthly ☐ Quarterly ☐ Other

End of Lease Option: ☒ FMV ☐ 10% ☐ $1 ☐ Other

End of Lease Purchase Option shall be FMV unless another option is selected.

| Security Deposit | (PLUS) | First Period Payment | (PLUS) | Other | (EQUALS) | Total Payment Collected |
|---|---|---|---|---|---|---|
| 0 | + | 0 | + | 0 | = | 0 |

**TERMS AND CONDITIONS**

1. Lease: You (the "Lessee") agree to lease from us (the "Lessor") the Equipment listed above and on any attached schedule (the "Lease"). This Lease is effective on the date that it is accepted and signed by us, and the term of this Lease begins on that date or any later date that we designate (the "Commencement Date") and continues thereafter for the number of months indicated above. You agree to pay us a fee of $75.00 to reimburse our expenses for ... other documentation costs and all ongoing administration costs during the term of this Lease. Security deposits are non-interest bearing and may be applied to cure a Lease default. If you are not in default, we will return the deposit to you when the Lease is terminated. ONLY WE ARE AUTHORIZED TO WAIVE OR CHANGE ANY TERM, PROVISION OR CONDITION OF THIS LEASE.

2. Lease Payment. Lease payments are due as invoiced by us. ... [illegible]

3. Title: [illegible]

4. Equipment Use and Warranties: We are leasing the Equipment to you "AS IS" AND MAKE NO WARRANTIES, EXPRESS OR IMPLIED, INCLUDING WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. [illegible]

5. Assignment: [illegible]

6. Risk of Loss and Insurance: [illegible]

7. Taxes: [illegible]

8. End of Lease: [illegible]

9. Default and Remedies: [illegible]

10. Miscellaneous: [illegible]

**LESSEE SIGNATURE**

You agree that this is a non-cancelable lease. The Equipment is: ☒ NEW ☐ USED

Signature: [signature] Date: 12-10-19

Title: Dir. of Fin. Print Name: Anabel Borrero

Legal Name of Corporation: Aguila Inc

**LESSOR**

De Lage Landen Financial Services, Inc.
Lease Processing Center, 1111 Old Eagle School Road, Wayne, PA 19087
PHONE: (800) 735-3273 • FAX: (800) 776-2329

Commencement Date: 2/13/2020 Lease Number: 500-5004182[illegible]

Accepted By: [signature]

**ACCEPTANCE**

The Equipment has been received, put in use, is in good working order and is satisfactory and acceptable.

Signature: Date:

Print Name: Title:

**GUARANTY**

I unconditionally guaranty prompt payment of all the Lessee's obligations under the Lease. [illegible]

Signature: Print Name: Date:

1807

Lyndhurst, NJ 07071 (12)

08574281

** Prep/Install *

| VEHICLE NO. | | DATE | BRANCH |
|---|---|---|---|
| 0454 | | 1/29/20 | ABS |

| FROM | BILL TO | SHIP TO |
|---|---|---|
| NET<br>230 Clay Ave<br>Lyndhurst NJ 07071 | ATLANTIC BUSINESS PRODUCT<br>ACCOUNTS PAYABLE<br>134 WEST 26TH ST<br>NEW YORK NY 10001 | AGUILA INC<br>661 CAULDWELL AVE<br>BRONX NY 10455<br>Notify- ANNABELL<br>** Prep/Install * |

| CUSTOMER PHONE | ZONE | SERVICE DATE/SPREAD DATE | CUSTOMER REFERENCE |
|---|---|---|---|
| 718/402-8979 | 00 | 1/29/20 - | 4585572 |

DESCRIPTION

| | | | | | | WEIGHT |
|---|---|---|---|---|---|---|
| KD1059B TOSHIBA | SCMG944776 | 373988 | J 08574281 | 99999 | H12D | 68 |
| GD1370N TOSHIBA | 415454 | 415454 | J 08574281 | 99999 | L08A | 5 |
| ESTUDIO4515AC E | SCNJJ42965 | 453280 | J 08574281 | 99999 | STG | 172 |
| MJ1042B INNER F | SCAJ946421 | 454663 | J 08574281 | 99999 | STG | 53 |
| MR4000B 300-SHE | SMDJ956598 | 454736 | J 08574281 | 99999 | I50D | 35 |
| TFC415UC CYAN T | 460636 | 460636 | J 08574281 | | STG | 2 |
| TFC415UK BLACK | 460850 | 460850 | J 08574281 | | STG | 2 |
| TFC415UM MAGENT | 461302 | 461302 | J 08574281 | | STG | 2 |
| TFC415UY YELLOW | 461692 | 461692 | J 08574281 | | STG | 2 |

Customer Please Check YES or NO YES NO

1. Did Driver unpack and remove debris? ___ ___
2. Did Driver install equipment ___ ___
3. Did Driver run a copy through Doc. Feeder & Sorter ___ ___

** INSTRUCTIONS **

OTHER DRIVER MUST CALL 1 HOUR PRIOR TO ARRIVAL

RIGGING 1 HOUR EMAIL NOTIFICATION TO ABS

REMOTE INSTALL

The equipment has been received, put in use, is in good working order and is satisfactory and acceptable.

PICK UP TENDERED: THE ABOVE EQUIPMENT WAS TENDERED IN GOOD CONDITION EXCEPT AS NOTED ON THE ATTACHED INVENTORY.

X KEVIN PEREZ — Print Name

IT MANAGER — Title

SHIPPER [signature] DATE 1-30-20

SIGNATURE X [signature] DATE 1/29/20

SHIPPER AGREES WITH THE TERMS OF THIS BILL OF LADING AND TENDERS ARTICLES LISTED ABOVE TO CARRIER IN CONDITION SHOWN. SHIPPER EXPRESSLY RELEASES THE SHIPMENT TO A VALUE OF 1.00 PER POUND PER ARTICLE

TOTAL VALUE OF SHIPMENT IS $___ AND REQUEST EXCESS COVERAGE FOR FULL VALUE, ONLY IF CONTROL NO. IS ISSUED.

# PROOF OF CLAIM

**AGUILA, INC.** 21-11776

| | |
|---|---|
| **Date:** | 1/18/2022 |
| **To:** | |
| **From:** | Alan Cohen #610-386-3762 |
| | acohen@leasedirect.com |

**UNSECURED**

| | |
|---|---|
| **Customer Name:** | **AGUILA, INC.** |
| **DLL Lease Number:** | **3865** |
| **Lease Agreement:** | **10/31/2019** |
| **Date of Last Payment:** | **10/1/2021** |
| **Date of Oldest Outstanding:** | **10/1/2021** |
| **Equipment Type:** | **1-Toshiba e-studio 4515AC Multi Function Copier** |
| **Original Term:** | **63** |
| **Base Payment with Sales Tax:** | **$ 890.97** |
| **UNSECURED** | |

| | **Pre-Petition** | **Dates of Service** | |
|---|---|---|---|
| **Past due/billed payments:** | $ 421.93 | 9/1-10/14/21 | 2 |
| **Property Tax:** | $ 653.62 | | |
| **Late Charges:** | $ 181.37 | | |
| **Finance Charges:** | $ 69.08 | | |
| **Other: Insurance** | $ 76.07 | | |
| **Total Presently Due:** | | $1,402.07 **(A)** | |
| | **Post -Petition** | | |
| **Base Payment with Sales Tax:** | $ 890.97 | | |
| **# Remaining payments to be discounted:** | 40 | | |
| **Booked Residual Value (BRV):** | $ 2,045.96 | | |
| **Remaining payments & BRV discounted at:** | | $37,684.76 **(B)** | |
| **Equipment Sale Proceeds (Net): Sold 10/19/21** | | $ (982.25) **(C)** | |
| **Bal of 11/1 Post Rent $488.60; Insurance $17.02, Finance $83.89, Late Fees $170.21** | | $ 759.72 | |
| **Total DLL Unrecovered Investment:** | | **$38,864.30** | **(A+B+C)** |

5003 3865

**ATLANTIC tomorrowsoffice.com** — **Lease Agreement**

A Program of De Lage Landen Financial Services

| LESSEE | | | | |
|---|---|---|---|---|
| Full Legal Name: Aguila Inc | | | Purchase Order/Requisition Number | Phone Number |
| Billing Address: 861 Cauldwell Ave | City: Bronx | State: NY | Zip: 10456 | County | Send Invoice to Attention of: |

| EQUIPMENT | Make | Model Number | Serial Number | Quantity | Description (Attach Separate Schedule A if Necessary) |
|---|---|---|---|---|---|
| | TOSHIBA | 4515AC | | 1 | SCAN, FAX, SCAN, PRINT SYSTEM |

| PAYMENT INFORMATION | Number of Lease Payments | Lease Payment | (PLUS) Applicable Sales Tax | (EQUALS) Total Lease Payment |
|---|---|---|---|---|
| | 63 | 4,726.77 | | |

Term of Lease in Months: 63 — Payment Frequency: ☒ Monthly ☐ Quarterly ☐ Other — End of Lease Option: ☒ FMV ☐ 10% ☐ $1 ☐ Other. End of Lease Purchase Option shall be FMV unless another option is indicated.

| Security Deposit | (PLUS) First Period Payment | (PLUS) Other | (EQUALS) Total Payment Enclosed |
|---|---|---|---|
| 0 | 0 | 0 | 0 |

**TERMS AND CONDITIONS**

1. Lease: You (the "Lessee") agree to lease from us (the "Lessor") the Equipment listed above and on any attached schedule (the "Lease"). This Lease is effective on the date that it is accepted and signed by us, and the term of this Lease begins on that date or any later date that we designate (the "Commencement Date") and continues thereafter for the number of months indicated above. You agree to pay us a fee of $75.00 to reimburse our expenses for preparing financing statements, other documentation costs and all ongoing administration costs during the term of this Lease. [illegible] ONLY WE ARE AUTHORIZED TO WAIVE OR CHANGE ANY TERM, PROVISION OR CONDITION OF THE LEASE.

2. Lease Payment. [illegible] If a payment is not made when due, you will pay us a late charge of 5% of the payment or $10.00, whichever is greater.

3. Title: Unless you have a $1.00 purchase option, we will have title to the Equipment. [illegible]

4. Equipment Use and Warranties: We are leasing the Equipment to you "AS-IS" AND MAKE NO WARRANTIES, EXPRESS OR IMPLIED, INCLUDING WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. [illegible]

5. Assignment: [illegible]

6. Risk of Loss and Insurance: [illegible]

7. Taxes: [illegible]

8. End of Lease: [illegible]

9. Default and Remedies: [illegible]

10. Miscellaneous: [illegible] We may inspect the Equipment during the Lease term.

| LESSEE SIGNATURE | |
|---|---|
| You agree that this is a non-cancelable lease. The Equipment is: ☒ NEW ☐ USED | |
| Signature: [signature] | Date: 10/31/19 |
| Title: Director of Finance | Print Name: Anibal Barreto |
| Legal Name of Corporation: Aguila, Inc | |

| LESSOR | |
|---|---|
| De Lage Landen Financial Services, Inc. Lease Processing Center, 1111 Old Eagle School Road, Wayne, PA 19087 PHONE: (800) 735-3273 • FAX: (800) 776-2320 | |
| Commencement Date: 11/25/19 | Lease Number |
| Accepted By: C Hoffman | |

| DELIVERY & ACCEPTANCE | |
|---|---|
| The Equipment has been received, put in use, is in good working order and is satisfactory and acceptable. | |
| Signature | Date |
| Print Name | Title |

| GUARANTY | | |
|---|---|---|
| [illegible] | | |
| Signature | Print Name | Date |

DLABP0274

©2018 All rights reserved. Printed in the U.S.A. [illegible]

3865

N.E.T.
230 Clay Avenue
Lyndhurst, NJ 07071

# DELIVERY AND ACCEPTANCE

08440831

DOT# 240605
ICC# 171822

** Prep/Install

| VEHICLE NO. | DATE | BRANCH |
|---|---|---|
| 0438 | 11/15/19 | ABS |

| FROM | BILL TO | SHIP TO |
|---|---|---|
| NET<br>230 Clay Ave<br>Lyndhurst NJ 07071 | ATLANTIC BUSINESS PRODUCT<br>ACCOUNTS PAYABLE<br>134 WEST 26TH ST<br>NEW YORK NY 10001 | AGUILA INC<br>661 CAULDWELL AVE<br>BRONX NY 10455<br>Notify- KEVIN PEREZ<br>** Prep/Install |

| CUSTOMER PHONE | ZONE | SERVICE DATE/SPREAD DATE | CUSTOMER REFERENCE |
|---|---|---|---|
| 718/402-8879 | 00 | 11/15/19 | 4556286 |

| DESCRIPTION | | | | | | WEIGHT |
|---|---|---|---|---|---|---|
| ESTUDIO4515AC E | SCNGJ65548 | 337893 | J08440831 | 99999 | 1115 | 172 |
| MR4000B DUAL SC | SMDG941480 | 339586 | J08440831 | 99999 | 1115 | 35 |
| GD1370N TOSHIBA | 343276 | 343276 | J08440831 | 99999 | 1115 | 5 |
| KD1059B TOSHIBA | SCMH947774 | 343405 | J08440831 | 99999 | 1115 | 68 |
| TFC415UC CYAN T | 361511 | 361511 | J08440831 | 99999 | 1115 | 2 |
| TFC415UK BLACK | 361665 | 361665 | J08440831 | | 1115 | 2 |
| TFC415UM MAGENT | 361733 | 361733 | J08440831 | | 1115 | 2 |
| TFC415UY YELLOW | 361900 | 361900 | J08440831 | | 1115 | 2 |
| MJ1042B INNER F | SCAI942035 | 365011 | J08440831 | 99999 | 1115 | 53 |

Customer Please Check YES or NO — YES NO

1. Did Driver unpack and remove debris? ___ ___
2. Did Driver install equipment ___ ___
3. Did Driver run a copy through Doc. Feeder & Sorter ___ ___

** INSTRUCTIONS **

OTHER
RIGGING

DRIVER MUST CALL 1 HOUR PRIOR TO ARRIVAL
2 HOUR EMAIL NOTIFICATION TO ABS
1 HOUR CALL B/4 TO CUSTOMER
REMOTE INSTALL

The equipment has been received, put in use, is in good working order and is satisfactory and acceptable.

PICK UP TENDERED: THE ABOVE EQUIPMENT WAS TENDERED IN GOOD CONDITION EXCEPT AS NOTED ON THE ATTACHED INVENTORY.

X A Falcon — Print Name

Manager — Title

X [signature] — SIGNATURE

11/15/19 — DATE

SHIPPER

DATE

# PROOF OF CLAIM

**AGUILA, INC.** 21-11776

| | |
|---|---|
| **Date:** | 1/18/2022 |
| **To:** | |
| **From:** | Alan Cohen #610-386-3762 |
| | acohen@leasedirect.com |

**UNSECURED**

| | |
|---|---|
| **Customer Name:** | **AGUILA, INC.** |
| **DLL Lease Number:** | **7090** |
| **Lease Agreement:** | **4/29/2019** |
| **Date of Last Payment:** | **12/1/2021** |
| **Date of Oldest Outstanding:** | **12/1/2021** |
| **Equipment Type:** | **1-Toshiba e-studio 4515AC Multi Function Copier** |
| **Original Term:** | **63** |
| **Base Payment with Sales Tax:** | **$ 1,011.19** |
| **UNSECURED** | |

| | Pre-petition | Dates of Service |
|---|---|---|
| **Past due/billed payments:** | | |
| **Finance:** | | |
| **Late Charges:** | | |
| **Pass Thru Maintenance:** | | |
| **Other: Insurance** | | |
| **Total Presently Due:** | | $0.00 **(A)** |
| | **Post-Petition** | |
| **Base Payment with Sales Tax:** | $ 1,011.19 | |
| **# Remaining payments to be discounted:** | 34 | |
| **Booked Residual Value (BRV):** | $ 2,412.64 | |
| **Remaining payments & BRV discounted at:** | | $36,793.10 **(B)** |
| **Equipment Sale Proceeds (Net): Sold 10/19/21** | | $ (818.25) **(C)** |
| ***Bal of 11/1 Post Rent $153.55*** | | $ 153.55 |
| **Total DLL Unrecovered Investment:** | | **$36,128.40 (A+B+C)** |



**ATLANTIC tomorrowsoffice.com**
A Program of De Lage Landen Financial Services

# Lease Agreement

**LESSEE**

| Full Legal Name | | | Purchase Order/Requisition Number | Phone Number |
|---|---|---|---|---|
| Aguila Inc | | | | (718) 402-8979 |
| Billing Address | City | State | Zip | County | Send Invoice to Attention of: |
| 881 cauldwell Ave | Bronx | NY | 10455 | | annabell |

**EQUIPMENT**

| Make | Model Number | Serial Number | Quantity | Description (Attach Separate Schedule A if Necessary) |
|---|---|---|---|---|
| Toshiba | 4515ac | | 1 | |
| | | | | |
| | | | | |

**PAYMENT INFORMATION**

| Number of Lease Payments | Lease Payment | (PLUS) | Applicable Sales Tax | (EQUALS) | Total Lease Payment |
|---|---|---|---|---|---|
| 63 | $1,077.77 | + | | = | |
| | | + | | = | |
| | | + | | = | |

Term of Lease in Months: 63
Payment Frequency: ☒ Monthly ☐ Quarterly ☐ Other
End of Lease Option: ☒ FMV ☐ 10% ☐ $1 ☐ Other
End of Lease Purchase Option shall be FMV unless another option is selected.

| Security Deposit | (PLUS) | First Period Payment | (PLUS) | Other | (EQUALS) | Total Payment Enclosed |
|---|---|---|---|---|---|---|
| | + | | + | | = | |

## TERMS AND CONDITIONS

1. Lease: You (the "Lessee") agree to lease from us (the "Lessor") the Equipment listed above and on any attached schedule (the "Lease"). This Lease is effective on the date that it is accepted and signed by us, and the term of this Lease begins on that date or any later date that we designate (the "Commencement Date") and continues thereafter for the number of months indicated above. You agree to pay us a fee of $75.00 to reimburse our expenses for preparing financing statements, other documentation costs and all ongoing administration costs during the term of this Lease. Security deposits are non-interest bearing and may be applied to cure a Lease default. If you are not in default, we will return the deposit to you when the Lease is terminated. ONLY WE ARE AUTHORIZED TO WAIVE OR CHANGE ANY TERM, PROVISION OR CONDITION OF THE LEASE.

2. Lease Payment. Lease payments are due as invoiced by us. As you will have possession of the Equipment from the date of delivery, if we accept and sign this Lease you will pay us interim rent for each day from the date the Equipment is delivered to you until the Commencement Date, calculated on the Lease payment amount, the number of days in that period, and a year of 360 days. Your lease obligations are absolute, unconditional, and are not subject to cancellation, reduction, setoff or counterclaim. If the Lease payment includes the cost of maintenance and/or service provided by a third party, you agree that: (a) we are not responsible to provide the maintenance and/or service provided and you will make all claims related to the maintenance and service to the third party; (b) you will notify the third party of the meter reading each month; and (c) we reserve the right to charge you a monthly fee to cover the increased costs of fuel plus any shipping and freight costs related to supplies and equipment provided by the third party under this agreement. We may increase the Lease Payment on an annual basis, in an amount not to exceed ten percent (10%) of the Lease Payment in effect at the end of the prior annual period. You agree that any claims related to maintenance or service will not impact your obligation to pay all Lease payments when due. If a payment is not made when due, you will pay us a late charge of 5% of the payment or $10.00, whichever is greater.

3. Title: Unless you have a $1.00 purchase option, we will have title to the Equipment. If you have a $1.00 purchase option and/or the Lease is deemed to be a security agreement, you grant us a security interest in the Equipment and all proceeds thereof. You authorize us to file financing statements.

4. Equipment Use and Warranties: We are leasing the Equipment to you "AS-IS" AND MAKE NO WARRANTIES, EXPRESS OR IMPLIED, INCLUDING WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. We transfer to you any manufacturer warranties. You are required at your cost to keep the Equipment in good working condition and to pay for all supplies and repairs.

5. Assignment: You agree not to transfer, sell, sublease, assign, pledge or encumber either the Equipment or any rights under this Lease without our prior written consent. You agree that we may sell, assign, or transfer the Lease and the new owner will have the same rights and benefits we now have and will not have to perform any of our obligations and the rights of the new owner will not be subject to any claims, defenses, or setoffs that you may have against us or any supplier.

6. Risk of Loss and Insurance: You are responsible for risks of loss or damage to the Equipment and if any loss occurs you are required to satisfy all of your Lease obligations. You will keep the Equipment insured against all risks of loss or damage for an amount equal to its replacement cost. You will list us as the sole loss payee for the insurance and give us written proof of the insurance. If you do not provide such insurance, you agree that we have the right, but not the obligation, to obtain insurance against theft and physical damage, and add an insurance fee to the amount due from you, on which we may make a profit. We are not responsible for any losses or injuries caused by the Equipment and you will reimburse us and defend us against any such claims. This indemnity will continue after the termination of this Lease. You will obtain and maintain comprehensive public liability insurance naming us as an additional insured with coverages and amounts acceptable to us.

7. Taxes: You agree to pay when due, either directly or as reimbursement to us, all sales, use and personal property taxes and charges in connection with ownership and use of the Equipment. We may charge you a processing fee for administering property tax filings. You will indemnify us on an after-tax basis against the loss of any tax benefits anticipated at the Commencement Date arising out of your acts or omissions.

8. End of Lease: You will give us at least 60 days but not more than 120 days written notice (to our address below) before the expiration of the initial lease term (or any renewal term) of your intention to purchase or return the Equipment. With proper notice you may: a) purchase all the Equipment as indicated above under "End of Lease Option" (fair market value purchase option amounts will be determined by us based on the Equipment's in place value); or b) return all the Equipment in good working condition at your cost in a timely manner, and to a location we designate. If you fail to notify us, or if you do not (i) purchase or (ii) return the Equipment as provided herein, this Lease will automatically renew for consecutive 12 month renewal periods.

9. Default and Remedies: You are in default on this Lease if: a) you fail to pay a Lease payment or any other amount when due; or b) you breach any other obligation under the Lease or any other Lease with us. If you are in default on the Lease we may: (i) declare the entire balance of unpaid Lease payments for the full Lease term immediately due and payable to us; (ii) sue you for and receive the total amount due on the Lease plus the Equipment's anticipated end of Lease fair market value or fixed price purchase option (the "Residual") with future Lease payments and the Residual discounted to the date of default at the lesser of (A) a per annum interest rate equivalent to that of a U.S. Treasury constant maturity obligation (as reported by the U.S. Treasury Department) that would have a repayment term equal to the remaining Lease term, all as reasonably determined by Lessor, or (B) 3% per annum, plus reasonable collection and legal costs; (iii) charge you interest on all monies due at the rate of 18% per year or the highest rate permitted by law from the date of default; and (iv) require that you immediately return the Equipment to us or we may peaceably repossess it. Any return or repossession will not be considered a termination or cancellation of the Lease. If the Equipment is returned or repossessed we will sell or re-rent the Equipment at terms we determine, at one or more public or private sales, with or without notice to you, and apply the net proceeds (after deducting any related expenses) to your obligations. You remain liable for any deficiency with any excess being retained by us.

10. Miscellaneous: You agree the Lease is a Finance Lease as defined in Article 2A of the Uniform Commercial Code ("UCC"). You acknowledge we have given you the name of the Equipment supplier and that you may have rights under the contract with the supplier and may contact the supplier for a description of these rights. If requested, you will sign a separate Equipment acceptance certificate. This Lease was made in Pennsylvania ("PA"), is to be performed in PA and shall be governed and construed in accordance with the laws of PA. You consent to jurisdiction, personal or otherwise, in any state or federal court in PA and waive a trial by jury. You agree to waive any and all rights and remedies granted to you under Sections 2A-508 through 2A-522 of the UCC. You agree that the Equipment will only be used for business purposes and not for personal, family or household use. This Lease may be executed in counterparts and any facsimile, photographic or other electronic transmission and/or electronic signing of this Lease by you when manually countersigned by us or attached to our original signature counterpart and/or in our possession shall constitute the sole original chattel paper as defined in the UCC for all purposes and will be admissible as legal evidence thereof. At our option, we may require a manual signature. We may inspect the Equipment during the Lease term.

**LESSEE SIGNATURES**

You agree that this is a non-cancelable lease. The Equipment is: ☒ NEW ☐ USED

Signature: [signature] Date: 4/29/19
Title: Director of Fin. Print Name: Anabel Bonelli
Legal Name of Corporation: Aguila Inc

**LESSOR**

De Lage Landen Financial Services, Inc.
Lease Processing Center, 1111 Old Eagle School Road, Wayne, PA 19087
PHONE: (800) 735-3273 • FAX: (800) 776-2329

Commencement Date: 5/10/19 Lease Number: [redacted]7090
Accepted By: [signature]

**ACCEPTANCE**

The Equipment has been received, put in use, is in good working order and is satisfactory and acceptable.

Signature: Date:
Print Name: Title:

**GUARANTY**

I unconditionally guaranty prompt payment of all the Lessee's obligations under the Lease. The Lessor is not required to proceed against the Lessee or the Equipment or enforce other remedies before proceeding against me. I waive notice of acceptance and all other notices or demands of any kind to which I may be entitled. I consent to any extensions or modifications granted to the Lessee and the release and/or compromise of any obligations of the Lessee or any other guarantors without releasing me from my obligations. This is a continuing guaranty and will remain in effect in the event of my death and may be enforced by or for the benefit of any assignee or successor of the Lessor. This guaranty is governed by and construed in accordance with the laws of the Commonwealth of PA and I consent to non-exclusive jurisdiction of any state or federal court in PA and waive trial by jury.

Signature: Print Name: Date:

DRABP0276S

©2018 All Rights Reserved. Printed in the U.S.A. 380BP02765 4/18

7090

07712921

7090

** Prep/Install *

| VEHICLE NO. | | DATE | BRANCH |
|---|---|---|---|
| 0461 | | 5/07/19 | ABS |

| FROM | BILL TO | SHIP TO |
|---|---|---|
| NET | ATLANTIC BUSINESS PRODUCT | AGUILA INC |
| 230 Clay Ave | ACCOUNTS PAYABLE | 1625 FULTON AVE |
| Lyndhurst NJ 07071 | 134 WEST 26TH ST | |
| | NEW YORK NY 10001 | BRONX NY 10457 |
| | | Notify- ANNMARIE XT 302 |
| Alt Ct- | | KEVIN Ph:917/861-5904 |
| | | ** Prep/Install * |

| CUSTOMER PHONE | ZONE | SERVICE DATE/SPREAD DATE | CUSTOMER REFERENCE |
|---|---|---|---|
| 718/307-5150 | 00 | 5/07/19 - | 4435151 |

| DESCRIPTION | | | | | | WEIGHT |
|---|---|---|---|---|---|---|
| KD1059B TOSHIBA | SCMC932436 | 151756 | J 07712921 | 99999 | 0507 | 68 |
| GD1370N TOSHIBA | 152001 | 152001 | J 07712921 | 99999 | 0507 | 5 |
| TFC415UC CYAN T | 721766 | 721766 | J 07712921 | 2 | 0507 | 2 |
| TFC415UK BLACK | 721942 | 721942 | J 07712921 | | 0507 | 2 |
| TFC415UM MAGENT | 722172 | 722172 | J 07712921 | 99999 | 0507 | 2 |
| MR4000 DUAL SCA | SMAK848593 | 966134 | J 07712921 | 99999 | 0507 | 35 |
| ESTUDIO4515AC T | SCNLH61148 | 984712 | J 07712921 | 99999 | 0507 | 172 |
| TFC415UY YELLOW | 994549 | 994549 | J 07712921 | | 0507 | 2 |

**************************************************************************************

Customer Please Check YES or NO YES NO

1. Did Driver unpack and remove debris? ___ ___
2. Did Driver install equipment ___ ___
3. Did Driver run a copy through Doc. Feeder & Sorter ___ ___

**************************************************************************************

** INSTRUCTIONS **

OTHER RIGGING

DRIVER MUST CALL 1 HOUR PRIOR TO ARRIVAL
1 HOUR EMAIL NOTIFICATION TO ABS
REMOTE INSTALL

The equipment has been received, put in use, is in good working order and is satisfactory and acceptable.

PICK UP TENDERED: THE ABOVE EQUIPMENT WAS TENDERED IN GOOD CONDITION EXCEPT AS NOTED ON THE ATTACHED INVENTORY.

x Savannah Lilly — Print Name; DSS — Title

Amis Bensamin — SHIPPER; DATE

x [signature] — SIGNATURE; 5/07/19 — DATE

SHIPPER AGREES WITH THE TERMS OF THIS BILL OF LADING AND TENDERS ARTICLES LISTED ABOVE TO CARRIER IN CONDITION SHOWN. SHIPPER EXPRESSLY RELEASES THE SHIPMENT TO A VALUE OF $.60 PER POUND PER ARTICLE

TOTAL VALUE OF SHIPMENT IS $____ AND REQUEST EXCESS COVERAGE FOR FULL VALUE, ONLY IF CONTROL NO. IS ISSUED.

# PROOF OF CLAIM

**AGUILA, INC.** 21-11776

| | |
|---|---|
| **Date:** | 1/18/2022 |
| **To:** | |
| **From:** | Alan Cohen #610-386-3762 |
| | acohen@leasedirect.com |

**UNSECURED**

| | |
|---|---|
| **Customer Name:** | **AGUILA, INC.** |
| **DLL Lease Number:** | 4234 |
| **Lease Agreement:** | 3/24/2019 |
| **Date of Last Payment:** | **10/1/2021** |
| **Date of Oldest Outstanding:** | **9/1/2021** |
| **Equipment Type:** | 1-Toshiba e-studio 5015AC Multi Function Copier |
| **Original Term:** | **63** |
| **Base Payment with Sales Tax:** | **$ 969.70** |
| **UNSECURED** | |

| | Pre-Petition | Dates of Service | |
|---|---|---|---|
| **Past due/billed payments:** | $ 1,407.63 | 8/1-8/31 & | 2 |
| **Finance:** | $ 23.65 | 10/1-10/14/21 | |
| **Late Charges:** | $ 25.12 | | |
| **Insurance:** | $ 46.58 | | |
| **Other:** | | | |
| **Total Presently Due:** | | $1,502.98 | **(A)** |
| | **Post-Petition** | | |
| **Base Payment with Sales Tax:** | $ 969.70 | | |
| **# Remaining payments to be discounted:** | 33 | | |
| **Booked Residual Value (BRV):** | $ 2,498.76 | | |
| **Remaining payments & BRV discounted at:** | | $34,498.86 | **(B)** |
| **Equipment Sale Proceeds (Net): Unit still in posession of Debtor** | | | **(C)** |
| **Bal of 11/1 Post Rent $531.77; Insurance $49.69, Fin $28.72, Late $30.50** | | $ 640.68 | |
| **Total DLL Unrecovered Investment:** | | **$36,642.52** | **(A+B+C)** |

[redacted]4234

**ATLANTIC tomorrowsoffice.com**
A Program of De Lage Landen Financial Services

# Lease Agreement

| LESSEE | | | | | | |
|---|---|---|---|---|---|---|
| Full Legal Name: AGuila Inc | | | | Purchase Order Requisition Number | Phone Number | |
| Billing Address: 665 Cauldwell Ave | City: Bronx | State: NY | Zip | County: 10455 | Send Invoice to Attention of: | |

| EQUIPMENT | | | | |
|---|---|---|---|---|
| Make | Model Number | Serial Number | Quantity | Description (Attach Separate Schedule A if Necessary) |
| TOSHIBA | 5015AC | | 1 | Scan/FAX/print Copier |

| PAYMENT INFORMATION | | | | | | |
|---|---|---|---|---|---|---|
| Number of Lease Payments | Lease Payment | (PLUS) | Applicable Sales Tax | (EQUALS) | Total Lease Payment | |
| 63 | 1022.00 | + | | = | | |
| | | + | | = | | |
| | | + | | = | | |

Term of Lease in Months: 63
Payment Frequency: [X] Monthly [ ] Quarterly [ ] Other ____
End of Lease Option: [X] FMV [ ] 10% [ ] $1 [ ] Other ____
End of Lease Purchase Option shall be FMV unless another option is selected.

| Security Deposit | (PLUS) | First Period Payment | (PLUS) | Other | (EQUALS) | Total Payment Enclosed |
|---|---|---|---|---|---|---|
| 0 | + | 0 | + | 0 | = | 0 |

## TERMS AND CONDITIONS

**1. Lease:** You (the "Lessee") agree to lease from us (the "Lessor") the Equipment listed above and on any attached schedule (the "Lease"). This Lease is effective on the date that it is accepted and signed by us, and the term of this Lease begins on that date or any later date that we designate (the "Commencement Date") and continues thereafter for the number of months indicated above. You agree to pay us a fee of $75.00 to reimburse our expenses for preparing financing statements, other documentation costs and all ongoing administration costs during the term of this Lease. Security deposits are non-interest bearing and may be applied to cure a Lease default. If you are not in default, we will return the deposit to you when the Lease is terminated. ONLY WE ARE AUTHORIZED TO WAIVE OR CHANGE ANY TERM, PROVISION OR CONDITION OF THE LEASE.

**2. Lease Payment.** Lease payments are due as invoiced by us. As you will have possession of the Equipment from the date of delivery, if we accept and sign this Lease you will pay us interim rent for each day from the date the Equipment is delivered to you until the Commencement Date, calculated on the Lease payment amount, the number of days in that period, and a year of 360 days. Your lease obligations are absolute, unconditional, and are not subject to cancellation, reduction, setoff or counterclaim. If the Lease payment includes the cost of maintenance and/or service provided by a third party, you agree that: (a) we are not responsible to provide the maintenance and/or service provided and you will make all claims related to the maintenance and service to the third party; (b) you will notify the third party of the meter reading each month; and; (c) we reserve the right to charge you a monthly fee to cover the increased costs of fuel plus any shipping and freight costs related to supplies and equipment provided by the third party under this agreement. We may increase the Lease Payment on an annual basis, in an amount not to exceed ten percent (10%) of the Lease Payment in effect at the end of the prior annual period. You agree that any claims related to maintenance or service will not impact your obligation to pay all Lease payments when due. If a payment is not made when due, you will pay us a late charge of 15% of the payment or $10.00, whichever is greater.

**3. Title:** Unless you have a $1.00 purchase option, we will have title to the Equipment. If you have a $1.00 purchase option and/or the Lease is deemed to be a security agreement, you grant us a security interest in the Equipment and all proceeds thereof. You authorize us to file financing statements.

**4. Equipment Use and Warranties:** We are leasing the Equipment to you "AS-IS" AND MAKE NO WARRANTIES, EXPRESS OR IMPLIED, INCLUDING WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. We transfer to you any manufacturer warranties. You are required at your cost to keep the Equipment in good working condition and to pay for all supplies and repairs.

**5. Assignment:** You agree not to transfer, sell, sublease, assign, pledge or encumber either the Equipment or any rights under this Lease without our prior written consent. You agree that we may sell, assign, or transfer the Lease and the new owner will have the same rights and benefits we now have and will not have to perform any of our obligations and the rights of the new owner will not be subject to any claims, defenses, or setoffs that you may have against us or any supplier.

**6. Risk of Loss and Insurance:** You are responsible for risks of loss or damage to the Equipment and if any loss occurs you are required to satisfy all of your Lease obligations. You will keep the Equipment insured against all risks of loss or damage for an amount equal to its replacement cost. You will list us as the sole loss payee for the insurance and give us written proof of the insurance. If you do not provide such insurance, you agree that we have the right, but not the obligation, to obtain insurance against theft and physical damage, and add an insurance fee to the amount due from you, on which we may make a profit. We are not responsible for any losses or injuries caused by the Equipment and you will reimburse us and defend us against any such claims. This indemnity will continue after the termination of this Lease. You will obtain and maintain comprehensive public liability insurance naming us as an additional insured with coverages and amounts acceptable to us.

**7. Taxes:** You agree to pay when due, either directly or as reimbursement to us, all sales, use and personal property taxes and charges in connection with ownership and use of the Equipment. We may charge you a processing fee for administering property tax filings. You will indemnify us on an after-tax basis against the loss of any tax benefits anticipated at the Commencement Date arising out of your acts or omissions.

**8. End of Lease:** You will give us at least 60 days but not more than 120 days written notice (to our address below) before the expiration of the initial lease term (or any renewal term) of your intention to purchase or return the Equipment. With proper notice you may: a) purchase all the Equipment as indicated above under "End of Lease Option" (fair market value purchase option amounts will be determined by us based on the Equipment's in place value); or b) return all the Equipment in good working condition at your cost in a timely manner, and to a location we designate. If you fail to notify us, or if you do not (i) purchase or (ii) return the Equipment as provided herein, this Lease will automatically renew for consecutive 12 month renewal periods.

**9. Default and Remedies:** You are in default on this Lease if: a) you fail to pay a Lease payment or any other amount when due; or b) you breach any other obligation under the Lease or any other Lease with us. If you are in default on the Lease we may: (i) declare the entire balance of unpaid Lease payments for the full Lease term immediately due and payable to us; (ii) sue you for and receive the total amount due on the Lease plus the Equipment's anticipated end of Lease fair market value or fixed price purchase option (the "Residual") with future Lease payments and the Residual discounted to the date of default at the lesser of (A) a per annum interest rate equivalent to that of a U.S. Treasury constant maturity obligation (as reported by the U.S. Treasury Department) that would have a repayment term equal to the remaining Lease term, all as reasonably determined by Lessor, or (B) 3% per annum, plus reasonable collection and legal costs; (iii) charge you interest on all monies due at the rate of 18% per year or the highest rate permitted by law from the date of default; and (iv) require that you immediately return the Equipment to us or we may peaceably repossess it. Any return or repossession will not be considered a termination or cancellation of the Lease. If the Equipment is returned or repossessed we will sell or re-rent the Equipment at terms we determine, at one or more public or private sales, with or without notice to you, and apply the net proceeds (after deducting any related expenses) to your obligations. You remain liable for any deficiency with any excess being retained by us.

**10. Miscellaneous:** You agree the Lease is a Finance Lease as defined in Article 2A of the Uniform Commercial Code ("UCC"). You acknowledge we have given you the name of the Equipment supplier and that you may have rights under the contract with the supplier and may contact the supplier for a description of these rights. If requested, you will sign a separate Equipment acceptance certificate. This Lease was made in Pennsylvania ("PA"), is to be performed in PA and shall be governed and construed in accordance with the laws of PA. You consent to jurisdiction, personal or otherwise, in any state or federal court in PA and waive a trial by jury. You agree to waive any and all rights and remedies granted to you under Sections 2A-508 through 2A-522 of the UCC. You agree that the Equipment will only be used for business purposes and not for personal, family or household use. This Lease may be executed in counterparts and any facsimile, photographic or other electronic transmission and/or electronic signing of this Lease by you when manually countersigned by us or attached to our original signature counterpart and/or in our possession shall constitute the sole original chattel paper as defined in the UCC for all purposes and will be admissible as legal evidence thereof. At our option, we may require a manual signature. We may inspect the Equipment during the Lease term.

| LESSEE SIGNATURE | | |
|---|---|---|
| You agree that this is a non-cancelable lease. The Equipment is: [X] NEW [ ] USED | | |
| Signature: (signed) | Date: 3/21/19 | |
| Title: Director of Finance | Print Name: Anabel Brneiro | |
| Legal Name of Corporation: AGuila Inc. | | |

| LESSOR | |
|---|---|
| De Lage Landen Financial Services, Inc.<br>Lease Processing Center, 1111 Old Eagle School Road, Wayne, PA 19087<br>PHONE: (800) 735-3273 • FAX: (800) 776-2329 | |
| Commencement Date: 4-23-19 | Lease Number: [redacted]4234 |
| Accepted By: (signed) | |

| ACCEPTANCE | |
|---|---|
| The Equipment has been received, put in use, is in good working order and is satisfactory and acceptable. | |
| Signature | Date |
| Print Name | Title |

| GUARANTY | | |
|---|---|---|
| I unconditionally guaranty prompt payment of all the Lessee's obligations under this Lease. The Lessor is not required to proceed against the Lessee or the Equipment or enforce other remedies before proceeding against me. I waive notice of acceptance and all other notices or demands of any kind to which I may be entitled. I consent to any extensions or modifications granted to the Lessee and the release and/or compromise of any obligations of the Lessee or any other guarantors without releasing me from my obligations. This is a continuing guaranty and will remain in effect in the event of my death and may be enforced by or for the benefit of any assignee or successor of the Lessor. This guaranty is governed by and construed in accordance with the laws of the Commonwealth of PA and I consent to non-exclusive jurisdiction of any state or federal court in PA and waive trial by jury. | | |
| Signature | Print Name | Date |

08ABP02765

©2018 All Rights Reserved. Printed in the U.S.A. 08ABP02765 4/18

4234

07597551

** Prep/Install *

| VEHICLE NO. | | DATE | BRANCH |
|---|---|---|---|
| 0461 | | 4/18/19 | ABS |

| FROM | BILL TO | SHIP TO |
|---|---|---|
| NET<br>230 Clay Ave<br>Lyndhurst NJ 07071<br><br>Alt Ct- | ATLANTIC BUSINESS PRODUCT<br>ACCOUNTS PAYABLE<br>134 WEST 26TH ST<br>NEW YORK NY 10001 | AGUILA INC<br>55 WEST 110TH ST<br>NEW YORK NY 10026<br>Notify- KEVEN PEREZ<br>JOELENE Ph:646/275-9918<br>** Prep/Install * |

4234

| CUSTOMER PHONE | ZONE | SERVICE DATE/SPREAD DATE | CUSTOMER REFERENCE |
|---|---|---|---|
| 917/861-5904 | 00 | 4/18/19 - | 4414222 |

| DESCRIPTION | | | | | | WEIGHT |
|---|---|---|---|---|---|---|
| TFC415UC CYAN T | 093106 | 093106 | J07597551 | | 0418 | 2 |
| TFC415UK BLACK | 095499 | 095499 | J07597551 | | 0418 | 2 |
| TFC415UM MAGENT | 096046 | 096046 | J07597551 | | 0418 | 2 |
| TFC415UY YELLOW | 096898 | 096898 | J07597551 | | 0418 | 2 |
| ESTUDIO5015AC T | SCNJH48613 | 202176 | J07597551 | 99999 | 0418 | 204 |
| MR4000 DUAL SCA | SMAJ842828 | 626649 | J07597551 | 99999 | 0418 | 35 |
| KD1059B TOSHIBA | SCMB930247 | 763504 | J07597551 | 99999 | 0418 | 68 |
| GD1370N TOSHIBA | 986365 | 986365 | J07597551 | 99999 | 0418 | 5 |

Customer Please Check YES or NO — YES NO

1. Did Driver unpack and remove debris? ✓
2. Did Driver install equipment ✓
3. Did Driver run a copy through Doc. Feeder & Sorter ✓

** INSTRUCTIONS **

OTHER — DRIVER MUST CALL 1 HOUR PRIOR TO ARRIVAL

RIGGING — 1 HOUR EMAIL NOTIFICATION TO ABS

REMOTE INSTALL

DRIVER MUST TRANSFER SURGE

GROUND FL

**The equipment has been received, put in use, is in good working order and is satisfactory and acceptable.**

PICK UP TENDERED THE ABOVE EQUIPMENT WAS TENDERED IN GOOD CONDITION EXCEPT AS NOTED ON THE ATTACHED INVENTORY

X Losalles Ferguson — Manager

Print Name — Title

Akins Benjamin

SHIPPER — DATE

X [signature] — 4/18/19

SIGNATURE — DATE

SHIPPER AGREES WITH THE TERMS OF THIS BILL OF LADING AND TENDERS ARTICLES LISTED ABOVE TO CARRIER IN CONDITION SHOWN. SHIPPER EXPRESSLY RELEASES THE SHIPMENT TO A VALUE OF 1.60 PER POUND PER ARTICLE

TOTAL VALUE OF SHIPMENT IS $____ AND REQUEST EXCESS COVERAGE FOR FULL VALUE. ONLY IF CONTROL NO IS ISSUED

EXHIBIT B

# RE: REVISED LIST -There are actually 11 machines : Copiers for pick-up > DLL-AGUILA, INC- #500-50188932 ***2525 Brockton Dr #290 Austin, TX 78758*** / 6-TOSHIBA E STUDIO 4515AC COPIERS

Theresa Ladley <tladley@arsnow.com>
Wed 10/20/2021 3:39 PM
To: Angel Falcon <alfalcon@AGUILAINC.org>

OK Thanks

---

**From:** Angel Falcon <alfalcon@AGUILAINC.org>
**Sent:** Wednesday, October 20, 2021 12:36 PM
**To:** Theresa Ladley <tladley@arsnow.com>
**Subject:** Re: REVISED LIST -There are actually 11 machines : Copiers for pick-up > DLL-AGUILA, INC- #500-50188932 ***2525 Brockton Dr #290 Austin, TX 78758*** / 6-TOSHIBA E STUDIO 4515AC COPIERS

Theresa,

I am going to all the sites tomorrow and will have accurate information to provide then. Apologies for the delay.

At Your Service,

Angel Falcon, Esq.
Chief Operating Officer/Chief Compliance Officer
Aguila Inc.
1.917.900.8022 (work mobile/best available contact)

---

**From:** Theresa Ladley <tladley@arsnow.com>
**Sent:** Thursday, October 14, 2021 12:09 PM
**To:** Angel Falcon <alfalcon@AGUILAINC.org>
**Subject:** RE: REVISED LIST -There are actually 11 machines : Copiers for pick-up > DLL-AGUILA, INC- #500-50188932 ***2525 Brockton Dr #290 Austin, TX 78758*** / 6-TOSHIBA E STUDIO 4515AC COPIERS

Hi Angel,

We did not retrieve these machines, Could you please let me know if you have them.
DLL provided the address per each machine.
Thanks!

**55 W. 110th Street NY, NY**
**25554234 1-TOSHIBA E STUDIO 5015AC SN=SCNJH4613 (SN should be SCNJH48613)**
**500-50188932 1-TOSHIBA E STUDIO 4515AC SN=SCNHK48711**

**1101 Manor Ave BRONX, NY**
**500-50171174 /1-TOSHIBA E STUDIO 4515AC SN=SCNGK46180**

Theresa Ladley
Asset Recovery Specialists
T:858-277-7555 X. 223
E-mail: tladley@arsnow.com

**From:** Angel Falcon <alfalcon@AGUILAINC.org>
**Sent:** Friday, October 1, 2021 7:01 AM
**To:** Theresa Ladley <tladley@arsnow.com>
**Subject:** Re: REVISED LIST -There are actually 11 machines : Copiers for pick-up > DLL-AGUILA, INC- #500-50188932 ***2525 Brockton Dr #290 Austin, TX 78758*** / 6-TOSHIBA E STUDIO 4515AC COPIERS

Ok, thank you.

Get Outlook for iOS

---

**From:** Theresa Ladley <tladley@arsnow.com>
**Sent:** Friday, October 1, 2021 9:49:30 AM
**To:** Angel Falcon <alfalcon@AGUILAINC.org>
**Subject:** RE: REVISED LIST -There are actually 11 machines : Copiers for pick-up > DLL-AGUILA, INC- #500-50188932 ***2525 Brockton Dr #290 Austin, TX 78758*** / 6-TOSHIBA E STUDIO 4515AC COPIERS

??
I can only pick-up equipment that I have an authorization for.
Call the vendor that provided them, give them the serial # & they can tell you owns them

Theresa Ladley
Asset Recovery Specialists
T:858-277-7555 X. 223
E-mail: tladley@arsnow.com

---

**From:** Angel Falcon <alfalcon@AGUILAINC.org>
**Sent:** Friday, October 1, 2021 6:46 AM
**To:** Theresa Ladley <tladley@arsnow.com>
**Subject:** Re: REVISED LIST -There are actually 11 machines : Copiers for pick-up > DLL-AGUILA, INC- #500-50188932 ***2525 Brockton Dr #290 Austin, TX 78758*** / 6-TOSHIBA E STUDIO 4515AC COPIERS

What should I do with the other 2 printers that belong to the leasing company?  We would like to surrender them to the leasing company since we have no use for them and are vacating this site.

Get Outlook for iOS

---

**From:** Theresa Ladley <tladley@arsnow.com>
**Sent:** Friday, October 1, 2021 9:27:16 AM
**To:** Angel Falcon <alfalcon@AGUILAINC.org>
**Subject:** RE: REVISED LIST -There are actually 11 machines : Copiers for pick-up > DLL-AGUILA, INC- #500-50188932 ***2525 Brockton Dr #290 Austin, TX 78758*** / 6-TOSHIBA E STUDIO 4515AC COPIERS

Thanks, yes the drover made me aware that he secured the equipment yesterday.

Theresa Ladley
Asset Recovery Specialists
T:858-277-7555 X. 223
E-mail: tladley@arsnow.com

---

**From:** Angel Falcon <alfalcon@AGUILAINC.org>
**Sent:** Friday, October 1, 2021 6:21 AM
**To:** Theresa Ladley <tladley@arsnow.com>

**Subject:** Re: REVISED LIST -There are actually 11 machines : Copiers for pick-up > DLL-AGUILA, INC- #500-50188932 ***2525 Brockton Dr #290 Austin, TX 78758*** / 6-TOSHIBA E STUDIO 4515AC COPIERS

Hello Teresa the driver came yesterday and picked up the machines but for two of them. these two machines do belong to the vendor. they have the vendors label on it and their control numbers. I understand that the driver couldn't pick them up due to liability purposes. but we were in a bit of a bind because today we are leaving this facility so I'm not exactly sure what we need to do. these machines belong to the vendor and the landlord is going to be taking control of this building as of today so please advise I apologize for the inconvenience and for the typos but this was dictated not read Angel

Get Outlook for iOS

---

**From:** Theresa Ladley <tladley@arsnow.com>
**Sent:** Monday, September 27, 2021 11:42:37 AM
**To:** Angel Falcon <alfalcon@AGUILAINC.org>
**Subject:** RE: REVISED LIST -There are actually 11 machines : Copiers for pick-up > DLL-AGUILA, INC- #500-50188932 ***2525 Brockton Dr #290 Austin, TX 78758*** / 6-TOSHIBA E STUDIO 4515AC COPIERS

Hi Angel,

The below list only indicates confirmation on 8 out of the 11 machines listed,
Which serial # is staying from this list ? **1-TOSHIBA E STUDIO 5015AC SN=SCNJH4613, 2-TOSHIBA E STUDIO 5015AC SN= SCNGK46180, SCNHK48711**
WHICH SERIAL # is at the other site? **1-TOSHIBA E STUDIO 5015AC SN=SCNJH4613, 2-TOSHIBA E STUDIO 5015AC SN= SCNGK46180, SCNHK48711**

**QTY 1-TOSHIBA E STUDIO 5015AC SN=SCNJH4613**
**QTY 10-TOSHIBA E STUDIO 4515AC >>>**

| | | | |
|---|---|---|---|
| 25557090 | TOSHIBA ES4515AC | 1 | **SCNDJ44368** |
| 50033865 | TOSHIBA ES4515AC | 1 | **SCNGJ65548** |
| 50041807 | TOSHIBA ES4515AC | 1 | **SCNJJ42965** |
| 50171174 | TOSHIBA ES4515AC | 1 | **SCNGK46180** |
| 50188932 | TOSHIBA ES4515AC | 1 | **SCNHK48721** |
| 50188932 | TOSHIBA ES4515AC | 1 | **SCNHK48711** |

Theresa Ladley
Asset Recovery Specialists
9707 Aero Drive
San Diego, CA 92123
T:858-277-7555 X. 223
E-mail: tladley@arsnow.com

---

**From:** Theresa Ladley
**Sent:** Friday, September 24, 2021 2:00 PM
**To:** Angel Falcon <alfalcon@AGUILAINC.org>
**Subject:** RE: REVISED LIST -There are actually 11 machines : Copiers for pick-up > DLL-AGUILA, INC- #500-50188932 ***2525 Brockton Dr #290 Austin, TX 78758*** / 6-TOSHIBA E STUDIO 4515AC COPIERS

Hello Angel,

Thanks, please let me know about the serial #'s below in red & which ones you have.

I don't have any Ricoh's on my list.

Theresa Ladley
Asset Recovery Specialists
T:858-277-7555 X. 223
E-mail: tladley@arsnow.com

---

**From:** Angel Falcon <alfalcon@AGUILAINC.org>
**Sent:** Friday, September 24, 2021 1:35 PM
**To:** Theresa Ladley <tladley@arsnow.com>
**Subject:** Re: REVISED LIST -There are actually 11 machines : Copiers for pick-up > DLL-AGUILA, INC- #500-50188932 ***2525 Brockton Dr #290 Austin, TX 78758*** / 6-TOSHIBA E STUDIO 4515AC COPIERS

Hello Theresa,

Please see below for answers to the form:

At Your Service,

Angel Falcon, Esq.
Chief Operating Officer/Chief Compliance Officer
Aguila Inc.
1.917.900.8022 (work mobile/best available contact)

---

**From:** Theresa Ladley <tladley@arsnow.com>
**Sent:** Friday, September 24, 2021 2:29 PM
**To:** Angel Falcon <alfalcon@AGUILAINC.org>
**Subject:** REVISED LIST -There are actually 11 machines : Copiers for pick-up > DLL-AGUILA, INC- #500-50188932 ***2525 Brockton Dr #290 Austin, TX 78758*** / 6-TOSHIBA E STUDIO 4515AC COPIERS

REVISED LIST >There are 11 machines>

**QTY 1-TOSHIBA E STUDIO 5015AC SN=SCNJH4613** W/ ALL ACCESSORIES /FINISHER/ TRAYS/ STAND/ TONERS (Inside machine)
**QTY 10-TOSHIBA E STUDIO 4515AC COPIERS** W/ ALL ACCESSORIES /FINISHER/ TRAYS/ STAND/ TONERS (Inside machine)

| | | | |
|---|---|---|---|
| 25557090 | TOSHIBA ES4515AC | 1 | **SCNDJ44368** |
| 50033865 | TOSHIBA ES4515AC | 1 | **SCNGJ65548** |
| 50041807 | TOSHIBA ES4515AC | 1 | **SCNJJ42965** |
| 50171174 | TOSHIBA ES4515AC | 1 | **SCNGK46180** |
| 50188932 | TOSHIBA ES4515AC | 1 | **SCNHK48721** |
| 50188932 | TOSHIBA ES4515AC | 1 | **SCNHK48711** |
| 50188932 | TOSHIBA ES4515AC | 1 | **SCNHK48708** |
| 50188932 | TOSHIBA ES4515AC | 1 | **SCNHK48703** |
| 50188932 | TOSHIBA ES4515AC | 1 | **SCNHK48677** |
| 50188932 | TOSHIBA ES4515AC | 1 | **SCNHK48658** |

There is some discrepancy with the #s. I have highlighted in yellow the ones that match. We have 11 printers. However only 10 are going back. 1 stays. We have a Ricoh Aficio Printer. I am getting the serial number for the

other one off site so I can match it to this email. However I do not want to tarry and wanted to send this now. Look below for rest of Form.

Theresa Ladley
Asset Recovery Specialists
9707 Aero Drive
San Diego, CA 92123
T:858-277-7555 X. 223
E-mail: tladley@arsnow.com

---

**From:** Theresa Ladley
**Sent:** Friday, September 24, 2021 9:15 AM
**To:** alfalcon@AGUILAINC.org
**Subject:** Copiers for pick-up > DLL-AGUILA, INC- #500-50188932 ***2525 Brockton Dr #290 Austin, TX 78758*** / 6-TOSHIBA E STUDIO 4515AC COPIERS
**Importance:** High

Hi Angel Falcon
Aguila Inc
T:**917.900.8022**
E: **alfalcon@AGUILAINC.org**

DLL (De Lage Landen Financial) has authorized Asset Recovery Specialists / our agents to pick-up the equipment listed below >>>

Please confirm the MAKE-MODEL- SERIAL NUMBER IS A MATCH to the description listed below
Does machine have additional pieces attached? (finisher, lct.. etc.,) NO.
Confirm QTY OF Toner cartridges that on inside copier:________ / confirm Colors of toner (Blk, Magenta, Cyan, Yellow):________________ THEY ARE SHRINK WRAPPED.
Exterior CONDITION of each item: ALL IN GOOD CONDITION.
Please e-mail me pictures of all items you have for each machine to tladley@arsnow.com THERE ARE NO EXTERNAL ITEMS.

Will need to confirm business name: Aguila, Inc.
Address where equipment is located at: 661 and 665 Cauldwell Ave Bronx NY 10455
Contact onsite for pick-up name: Gary Cabrera cell # 917.714.2114 or Angel Falcon 917.900.8022.
Hours: 9-5
Is the site semi accessible (meaning can a 48' -53' truck park there for the pick-up): NO. Box Truck or smaller.
Is all equipment located on GROUND level: All but 1 printer is on ground level. The other printer does have a choice of stairs or a handicapable ramp. One printer is in the basement, but we have an elevator.
Are there ANY STAIRS the driver will encounter at time of pick-up: 661 has stairs, but there is also an option of a ramp. Email forthcoming with pictures.
if so what machines from list below will we encounter stairs with? Are the stairs inside / outside? / What TYPE OF STAIRS (Concrete / Carpeted / Tile / Etc.) / QTY of steps?
If there are any damaged items or not functioning machines then please list each machine & reason why: ALL IN FUNCTIONAL CONDITION
I will need to be made aware of any / all building requirements prior to scheduling: NO.
Please confirm that all items will fit thru any / all doorways onsite: CONFIRMED.

Theresa Ladley
Asset Recovery Specialists
T:858-277-7555 X. 223

**Load date: _NEED SPICKED-UP BY 10/1/21____**(SEMI ACCESS – GROUND – NO STAIRS - LIFTGATE REQUIRED)
Origin: **AGUILA, INC.**
2525 Brockton Dr #290 **Austin, TX 78758**
HOURS:___________
**Contact: ANGEL FALCON T:___________ E: alfalcon@AGUILAINC.org**
MAKE-MODEL- SERIAL NUMBER IS A MATCH (If any discrepancies then I must be made aware of them prior to scheduling p/u)
**Qty 6-TOSHIBA E STUDIO 4515AC COPIERS** W/ ALL ACCESSORIES /FINISHER/ TRAYS/ STAND/ TONERS (Inside machine) dims: 23" w × 25.2"* d × 31"* h / weight: 172.2 + 125 = 297.2 lbs ea.
**SCNHK48721**
**SCNHK48711**
**SCNHK48708**
**SCNHK48703**
**SCNHK48677**
**SCNHK48658**