**CULLEN & DYKMAN LLP**
Thomas Slome, Esq.
100 Quentin Roosevelt Boulevard
Garden City, New York 11530
(516) 357-3700
Email: tslome@cullenllp.com

Michelle McMahon, Esq.
One Battery Park Plaza, 34th Fl.
New York, New York 10004
(212) 510-2296
Email: mmcmahon@cullenllp.com

*Counsel to Lori Lapin Jones, Esq. solely*
*in her capacity as Plan Administrator of Aguila Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Chapter 11<br>Case No. 21-11776 (MG) |
| Aguila, Inc.<br>　　　　　　Debtor. |  |

## NOTICE OF CLAIM OBJECTION 1 - CLAIM SCHEDULED
## AS DISPUTED, CONTINGENT, AND/OR UNLIQUIDATED
## FOR WHICH NO PROOF OF CLAIM WAS FILED

**PLEASE TAKE NOTICE** that Lori Lapin Jones, Esq., solely in her capacity as Plan

Administrator for Aguila, Inc. ("Debtor"), filed *Claim Objection 1 - Claim Scheduled As*

*Disputed, Contingent, And/Or Unliquidated For Which No Proof Of Claim Was Filed* (the

"Objection"), attached hereto, and a hearing to consider the Objection will be held before

Honorable Martin Glenn, Chief United States Bankruptcy Judge of the United States Bankruptcy

Court for the Southern District of New York, on December 14, 2022 at 2:00 p.m. (EST) (the

"Hearing") or as soon thereafter as counsel may be heard. The Hearing will be conducted by

Zoom for Government conference. Participants are required to register their appearance by 4:00

PM the day before any scheduled Zoom® hearing at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the Objection must be made in writing, conform to the Bankruptcy Rules and the Local Bankruptcy Rules for the Bankruptcy Court and be filed with the Bankruptcy Court electronically in accordance with General Order M-399 (a copy of which can be found at *www.nysb.uscourts.gov*, the official website for the United States Bankruptcy Court for the Southern District of New York), by registered users of the Bankruptcy Court's case filing system and, by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect or any other Windows-based word processing format (with a hard copy delivered directly to Chambers) and shall be served upon: (i) counsel to Plan Administrator, Cullen and Dykman LLP, Attn: C. Michelle McMahon, Esq., One Battery Park Plaza, 34th Fl., New York, New York 10004; and (ii) the Office of the United States Trustee for the Southern District of New York, 201 Varick Street, Room 1006, New York, New York 10014, Attn: Mark Bruh, Esq. so as to be actually received by no later than 4:00 p.m. on December 7, 2022 (the "Response Deadline").

**PLEASE TAKE FURTHER NOTICE** that if you have questions about why your claim is identified in the Objection, you may contact the undersigned counsel for the Plan Administrator.

**PLEASE TAKE FURTHER NOTICE** that if no responses are properly filed, served and received with respect to the Objection by the Response Deadline, the Court may enter an Order granting the relief requested in the Objection without further notice or a hearing, which order may disallow, expunge, reduce or reclassify your claim. The parties are required to attend the hearing and failure to attend may result in relief being granted or denied upon default.

Dated: November 1, 2022                    **CULLEN AND DYKMAN LLP**


                                           _/s/ Michelle McMahon_____
                                           Michelle McMahon
                                           One Battery Park Plaza, 34th Fl.
                                           New York, New York 10004
                                           (212) 510-2296
                                           Email: mmcmahon@cullenllp.com

                                           *Counsel to Lori Lapin Jones, Esq. solely in her*
                                           *capacity as Plan Administrator of Aguila Inc.*

**CULLEN & DYKMAN LLP**
Thomas Slome, Esq.
100 Quentin Roosevelt Boulevard
Garden City, New York 11530
(516) 357-3700
Email: tslome@cullenllp.com

Michelle McMahon, Esq.
One Battery Park Plaza, 34th Fl.
New York, New York 10004
(212) 510-2296
Email: mmcmahon@cullenllp.com

*Counsel to Lori Lapin Jones, Esq. solely
in her capacity as Plan Administrator of Aguila Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

|  |  |
|---|---|
| In re: | Chapter 11 |
|  | Case No. 21-11776 (MG) |
| Aguila, Inc. |  |
| Debtor. |  |

---

**CLAIM OBJECTION 1 - CLAIM SCHEDULED AS DISPUTED, CONTINGENT, AND/OR UNLIQUIDATED FOR WHICH NO PROOF OF CLAIM WAS FILED**

TO THE HONORABLE MARTIN GLENN,
CHIEF UNITED STATES BANKRUPTCY JUDGE

Lori Lapin Jones, Esq., solely in her capacity as Plan Administrator for Aguila, Inc.

("Debtor"), objects to the claim identified herein as scheduled as disputed, contingent, and/or

unliquidated and for which no proof of claim was filed and seeks entry of an Order disallowing

this claim. In support of the Objection, the Plan Administrator respectfully represents as follows:

### JURISDICTION AND VENUE

1. The Court has jurisdiction over this case pursuant to 28 U.S.C. §§157(a) and 1334.

2. Venue of this case is proper pursuant to 28 U.S.C. §§1408 and 1409.

3. This is a core proceeding pursuant to 28 U.S.C. §§157(b)(2)(B).

4. This Objection is made pursuant to, *inter alia*, section 105(a) of title 11 of the United States Code ("Bankruptcy Code"), Rule 3007 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") and Article VII of the Official Committee of Unsecured Creditors' Second Amended Plan of Liquidation [Dkt. No. 94] (the "Plan").

## BACKGROUND

5. On October 11, 2021 ("Petition Date"), the Debtor filed a voluntary petition pursuant to Chapter 11 of the Bankruptcy Code in the Court, Case No. 21-11776 (the "Bankruptcy Case").

6. On December 14, 2021, the Office of the United States Trustee, pursuant to section 1102 of the Bankruptcy Code, appointed the Official Committee of Unsecured Creditors comprised of the following members: (i) Parkview Hotel, LLC, (ii) Intrepid Group, LLC and (iii) 437 Morris Park, LLC (the "Committee").

7. On October 21 and 26, 2021, the Debtor filed its Schedules [Dkt. Nos. 8], which it amended on October 27, 2021 [Dkt. No. 17] (collectively the "Schedules").

8. The Debtor set, and the Bankruptcy Court approved, deadlines of January 19, 2022, for filing claims against the Debtor (the "Bar Date") and April 13, 2022 for claims by governmental creditors (the "Government Bar Date") [Dkt. Nos. 28 and 38].

9. The Committee filed its Official Committee of Unsecured Creditors Plan of Liquidation and accompanying Disclosure Statement [Dkt. Nos. 86 and 87] and subsequently obtained approval of its Second Amended Disclosure Statement for the Official Committee of Unsecured Creditors Second Amended Plan of Liquidation [Dkt. No. 95] and confirmation of the Plan. On June 24, 2022, the Court entered the Order Confirming the Official Committee of

Unsecured Creditors' Second Amended Plan of Liquidation [Dkt. No. 119]. The Plan Administrator was appointed under the Plan. The Plan went effective on July 12, 2022.

10. Based on a review of he Schedules and claims register, the Plan Administrator has determined that the following claim filed by Atlantic Tomorrow's Office should be disallowed because it was listed in the Schedules as disputed and Atlantic Tomorrow's Office did not file a proof of claim:

| CLAIMANT | D/C/U | AMOUNT OF CLAIM |
|----------|-------|-----------------|
| Atlantic Tomorrow's Office | D | $8,662.96 |

## RELIEF REQUESTED AND BASES FOR RELIEF

11. By this Objection, the Plan Administrator seeks entry of an order disallowing the Atlantic Tomorrow's Office Claim based on the facts that this claim was scheduled as disputed, and no proof of claim was filed. A proposed Order is annexed as Exhibit 1.

12. Bankruptcy Rule 3003(b)(1) provides in part that "[t]he schedule of liabilities filed pursuant to §521(1) of the Code shall constitute prima facie evidence of the validity and amount of the claims of creditors, unless they are scheduled as disputed, contingent, or unliquidated." FED. R. BANKR. P. 3003(b)(1). Section 1111(a) of the Bankruptcy Code provides that "[a] proof of claim or interest is deemed filed under section 501 of this title for any claim or interest that appears in the schedules filed under section 521(a)(1) . . . ." 11 U.S.C. §1111(a). Section 502(a) of the Bankruptcy Code provides, in pertinent part, that "[a] claim or interest, proof of which is filed under section 501 of this title, is deemed allowed, unless a party in interest . . . objects." 11 U.S.C. §502(a).

13. Atlantic Tomorrow's Office was on notice that they were required to file a proof of claim to assert their claims in the Bankruptcy Case. Pursuant to the order setting the Bar Date

[Dkt. No. 38] (the "Bar Date Order"), all persons and entities asserting claims against the Debtor which arose prior to the Petition Date were required to file a proof of claim so that it was received by the Clerk of the Bankruptcy Court on or before the Bar Date. The Bar Date Order also provided that a creditor whose claim is listed in the Schedules need not file a Proof of Claim provided that (i) the claim is not scheduled as "disputed," "contingent" or "unliquidated"; and (ii) the claimant does not disagree with the amount, nature and priority of the claim as set forth in the Schedules. Thus, by the Bar Date Order, any claimant that (a) filed a claim received by the Clerk of the Court after the Bar Date, (b) did not file a claim with the Clerk of the Court, or (c) holds a claim that was listed in the Schedules as disputed, contingent or unliquidated claim and that failed to file a proper proof of claim with the Clerk before the Bar Date, will not be treated as a creditor with respect to such claim for the purposes of voting and distribution in the Debtor's case. Notice of the Bar Date was served on creditors and parties-in-interest in accordance with the Bar Date Order. *See* Dkt. No. 39.

14. Atlantic Tomorrow's Office Claim was included on the Debtor's Schedules as a disputed claim, but no proof of claim was filed by Atlantic Tomorrow's Office with the Clerk of the Court by the Bar Date. Copies of the applicable Schedules and claims registers showing that (a) the Atlantic Tomorrow's Office's Claim was disputed on the Schedules and (b) no proof of claim was subsequently filed, are attached to Exhibits 2 and 3 hereto, respectively. The Plan Administrator seeks to disallow the Atlantic Tomorrow's Office Claim in accordance with the Bar Date Order and Bankruptcy Rule 3003(c)(2) which provides that "[a]ny creditor . . . whose claim . . . is scheduled . . . as disputed . . . shall file a proof of claim . . . within the time prescribed by subdivision (c)(3) of this rule; any creditor who fails to do so shall not be treated as a creditor with respect to such claim for the purposes of voting and distribution." *See* Bankruptcy

Rule 3003(c)(2).

## NOTICE/NO PREVIOUS APPLICATION

15.     The required thirty days' notice of this Objection will be provided to: (a) Atlantic Tomorrow's Office; (b) the Office of the United States Trustee; and (c) all parties who filed a notice of appearance in this case. The Plan Administrator submits that no further notice is required.

16.     No previous request for the relief sought herein has been made to this or any other Court.

**WHEREFORE**, the Plan Administrator respectfully requests the entry of an Order, substantially in the form of the proposed order attached as Exhibit 1, disallowing the Atlantic Tomorrow's Office Claim and for such other, further and different relief as this Court deems just and proper.

Dated: November 1, 2022                          **CULLEN AND DYKMAN LLP**


                                                 */s/ Michelle McMahon*
                                                 Michelle McMahon
                                                 One Battery Park Plaza, 34th Fl.
                                                 New York, New York 10004
                                                 (212) 510-2296
                                                 Email: mmcmahon@cullenllp.com

                                                 *Counsel to Lori Lapin Jones, Esq. solely in her capacity as Plan Administrator of Aguila Inc.*

**EXHIBIT 1**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

In re:                                          Chapter 11

Aguila, Inc.                                    Case No.: 21-11776 (MG)

          Debtor.

------------------------------------ x

## ORDER GRANTING CLAIM OBJECTION 1 - CLAIM
## SCHEDULED AS DISPUTED, CONTINGENT, AND/OR
## UNLIQUIDATED FOR WHICH NO PROOF OF CLAIM WAS FILED

Upon consideration of *Claim Objection 1 - Claim Scheduled As Disputed, Contingent,*

*And/Or Unliquidated For Which No Proof Of Claim Was Filed* (the "Objection"),[1] pursuant to

section 502(b) of title 11 of the Bankruptcy Code and Bankruptcy Rule 3007 seeking entry of an

Order disallowing and expunging Atlantic Tomorrow's Office Claim which was scheduled as

disputed for which no proof of claim was filed, all as more fully set forth in the Objection and

the exhibits annexed thereto; and the Court having jurisdiction to consider the Objection and

grant the relief requested in accordance with 28 U.S.C. §§157 and 1334; and the relief requested

therein being a core proceeding pursuant to 28 U.S.C. §157(b); and venue being proper before

this Court pursuant to 28 U.S.C. §§1408 and 1409; and

The Plan Administrator having provided due and proper notice of the Objection to the

claimant affected by the Objection at the address set forth in the Schedules, the Office of the

United States Trustee for the Southern District of New York and all persons or entities who filed

a Notice of Appearance, and no further notice being necessary; and it appearing that the relief

sought in the Objection is in the best interests of the estate, creditors and all parties in interest;

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

and that the legal and factual bases set forth in the Objection establish just and sufficient cause for the relief requested herein;

**IT IS HEREBY ORDERED THAT**:

1.      The Objection is granted to the extent set forth herein.

2.      Pursuant to section 502(b) of the Bankruptcy Code, Atlantic Tomorrow's Office Claim is hereby disallowed on the grounds that it was scheduled as disputed and Atlantic Tomorrow's Office failed to file a proof of claim with the Clerk of the Bankruptcy Court pursuant to the Bar Date Order.

3.      The Plan Administrator's right to (i) object to the Atlantic Tomorrow's Office Claim on any other bases to the extent that the Objection is overruled or overturned on appeal or (ii) to object to any other claims (filed or not) is preserved.

4.      The Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____, 2022
New York, New York

_____
THE HONORABLE MARTIN GLENN
CHIEF UNITED STATES BANKRUPTCY JUDGE

## **Certificate of Service**

I, Michelle McMahon, on November 1, 2022 I caused the foregoing Claim Objection 1 to be served via ECF on the parties registered for ECF notice and first class mail to those parties listed on the annexed service list.

_/s/ Michelle McMahon_____
Michelle McMahon

# SERVICE LIST

AGUILA, INC.
1850 AMSTERDAM AVENUE
UNIT LLA
NEW YORK, NY 10031-1714

FORD MOTOR CREDIT COMPANY LLC
SCHILLER, KNAPP, LEFKOWITZ &
HERTZEL, LL
15 CORNELL ROAD
LATHAM, NY 12110-2182

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

INTREPID GROUP, LLC
C/O ROMER DEBBAS, LLP
275 MADISON AVENUE, SUITE 801
NEW YORK, NY 10016-1153

1101 HOLDING LLC,
1056 BOYNTON AVENUE LLC,
ROMER DEBBAS, LLP
275 MADISON AVENUE
NEW YORK, NY 10016-1001
ATTN:  STEVEN KIRKPATRICK

665 CAULDWELL, LLC
C/O JOSEPH A. MARIA, P.C.
301 OLD TARRYTOWN ROAD
WHITE PLAINS, NY 10603-2825

ALLIED UNIVERSAL SECURITY
SERVICES
33-10 QUEENS BLVD., STE. 300
LONG ISLAND CITY, NY 11101-2302

ALLIED UNIVERSAL SECURITY
SERVICES
C/O LAURIE MALLOY
33-10 QUEENS BLVD STE. 300
LONG ISLAND CITY, NY 11101-2302

AMERICREDIT FINANCIAL SERVICES
DBA GM FINANCIAL
PO BOX 183853
ARLINGTON TX 76096-3853

ATLANTIC TOMORROWS OFFICE
134 WEST 26TH STREET
NEW YORK, NY 10001-6803

BORRELL & RISO LLP
1500 HYLAN BLVD.
STATEN ISLAND, NY 10305-1938

BAKARY MAREGA AND DAHABA
MAREGA
504 EAST 178TH STREET, APT. 2A
BRONX, NY 10457

BAKARY MAREGA AND
DAHABA MAREGA
C/O EDELMAN, KRASIN & JAYE, PLLC
ATTN: SAL A. SPANO, ESQ.
ONE OLD COUNTRY ROAD
CARLE PLACE, NY 11514-1801

CONSOLIDATED EDISON COMPANY
OF NEW YORK, INC
EAG/ BANKRUPTCY GROUP
4 IRVING PLACE 9TH FLOOR
NEW YORK 10003-3502

CARLOS LOJA
295 EAST 162ND STREET
BRONX, NY 10451-3441

WINDSTREAM
60 HUDSON STREET
NEW YORK, NY 10013-3315

CARLOS LOJA
C/O BISOGNO & MEYERSON, LLP
ATTN: GEORGE D. SILVA, ESQ.
7018 FORT HAMILTON PKWY.
BROOKLYN, NY 11228-1104

CARLOS LOJA
C/O WINGATE RUSSOTTI SHAPIRO
MOSES & HAL
420 LEXINGTON AVENUE, SUITE2700
NEW YORK, NY 10170-2607

CAULDWELL DEVELOPMENT, LLC
C/O JOSEPH A. MARIA, P.C.
301 OLD TARRYTOWN ROAD
WHITE PLAINS, NY 10603-2825

CHRISTINE CHEUNG
463 EAST 173RD STREET
BRONX, NY 10457-8105

CHRISTINE CHEUNG
C/O ZLOTOLOW & ASSOCIATES, P.C.
ATTN: SCOTT J. ZLOTOLOW, ESQ.
58 SOUTH SERVICE RD., STE 130
MELVILLE, NY 11747-2342

CLARITY BENEFIT SOLUTIONS
77 BRANT AVENUE, #206
CLARK, NJ 07066-1540

CLUSTER
C/O TALMAN TABAK
406 AVENUE F
BROOKLYN, NY 11218-5716

CORPORATION COUNSEL FOR THE
CITY OF NEW YORK
100 CHURCH STREET
NEW YORK, NY 10007-2668

DAVIDOFF HUTCHER & CITRON LLP
120 BLOOMINGDALE ROAD
WHITE PLAINS, NEW YORK 101601
ATTN: JAMES B. GLUCKSMAN, ESQ.
ATTN: ROBERT L. RATTET, ESQ.

DE LAGE LANDEN FINANCIAL
ATTN LITIGATION & RECOVERY
1111 OLD EAGLE SCHOOL ROAD
WAYNE PA 19087-1453

DELL FINANCIAL SERVICES
P O BOX 81577
AUSTIN TX 78708-1577

DELTA ELEVATOR
1536 ERICSON PLACE
BRONX, NY 10461-5415

ENRIQUE ENCARNACION
REBECCA FORTNEY
LAW OFFICE OF FRANK A. CETERO
510 SUNRISE HIGHWAY
WEST BABYLON, NY 11704-6039

ERIC HENBEST
C/O BORRELL & RISO, LLP
1500 HYLAN BLVD.
STATEN ISLAND, NY 10305-1938

FORD MOTOR CREDIT COMPANY
P O BOX 62180
COLORADO SPRINGS CO 80962-2180

FERRO, KUBA, MANGANO, SKYLAR,
P.C.
825 VETERANS HIGHWAY
HAUPPAUGE, NY 11788-3084

FORD MOTOR CREDIT COMPANY LLC
1 AMERICAN ROAD
DEARBORN, MI 48126-2701

FORD MOTOR CREDIT COMPANY LLC
C/O SCHILLER, KNAPP, LEFKOWITZ
& HERTZEL, LLP
15 CORNELL ROAD
LATHAM, NEW YORK 12110-1490

GARILENA DE LOS SANTOS
738/740 EAST 243RD ST., APT. 3B
BRONX, NY 10470

GARILENIA DE LOS SANTOS
C/O THE FITZGERALD LAW FIRM, P.C.
ATTN: JAMES P. FITZGERALD, ESQ.
538 RIVERDALE AVENUE
YONKERS, NY 10705-3535

GUARDIAN LIFE INSURANCE CO.
10 HUDSON YARDS
NEW YORK, NY 10001-2159

HAVANA EXPRESS
  CATERING SERVICES
815 HUTCHINSON RIVER PKWY.
BRONX, NY 10465-1887

IAN MULLER AND MELISSA MULLER
C/O CRAIG L. DAVIDOWITZ, P.C.
450 SEVENTH AVENUE, STE. 2701
NEW YORK, NY 10123-2701

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY
OPERATIONS
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

INTREPID GROUP, LLC
C/O ROMER DEBBAS, LLP
275 MADISON AVENUE, SUITE 801
NEW YORK, NEW YORK 10016-1153

INTREPID GROUP, LLC
C/O ROMER DEBBAS, LLP
ATTN: JASON A GOODMAN, ESQ.
275 MADISON AVENUE, STE. 801
NEW YORK, NY 10016-1153

JAMES G. ATCHISON
DARROWEVERETT LLP
450 SEVENTH AVENUE
SUITE 1802
NEW YORK CITY, NY 10123-1893

JENNY RIVERA
530 THROGGS NECK EXPRESSWAY
BRONX, NY 10465-1759

LAMB INSURANCE SERVICES
370 LEXINGTON AVE SUITE 608
NEW YORK, NY 10017-6591

LIZA BAEZ
LAW OFFICES OF
  MICHAEL S. LAMONOFF, PLLC
ATTN: JERRY BLOOMFIELD, ESQ.
FINANCIAL SQUARE AT 32 OLD SLIP,
8TH FL.
NEW YORK, NY 10005

LUIS FIGUEROA
C/O FREKHTMAN & ASSOCIATES
ATTN: MICHAEL ROITMAN, ESQ.
60 BAY 26TH STREET
BROOKLYN, NY 11214-3906

MSA SECURITY
9 MURRARY STREET
NEW YORK, NY 10007-2223

MARTIN A. MOONEY, ESQ.
SCHILLER, KNAPP, LEFKOWITZ
 & HERTZEL, LL
15 CORNELL ROAD
LATHAM, NY 12110

METROPOLITAN
TELECOMMUNICATIONS
55 WATER STREET, 32ND FL.
NEW YORK, NY 10041-3299

NYC DEPARTMENT OF HOMELESS
SERVICES
150 GREENWICH STREET
NEW YORK, NY 10007-2366

NYC DEPT. OF HOMELESS SERVICES
33 BEAVER STREET, 17TH FL.
NEW YORK, NY 10004-2737

NYC LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007-2668

NYS DEPARTMENT OF LABOR
DIVISION OF LABOR ST
NYS DEPT OF LABOR - DIV OF LABOR
STANDAR
STATE OFFICE CAMPUS
BUILDING 12, ROOM 266A
ALBANY, NY 12240-0001

NYS DEPT. OF TAXATION & FINANCE
ATTN: OFFICE OF COUNSEL, BLDG. 9
W.A. HARRIMAN STATE CAMPUS
ALBANY, NY 12227-0001

NAQUANA MILLER
756 FOX STREET
BRONX, NY 10455-2002

NAQUANA MILLER
C/O LAW OFFICES OF ZEMSKY &
SALOMON, P.C
ATTN: MICHAEL L. SALOMON, ESQ.
33 FRONT STREET, STE. 207
HEMPSTEAD, NY 11550-3601

NEIGHBORHOOD ASSOCIATION FOR
INTER-CULTURAL AFFAIRS, INC.
(NAICA)
C/O DARROWEVERETT LLP
450 SEVENTH AVENUE, STE. 1802
NEW YORK, NY 10123

NEW YORK CITY DEPT. OF FINANCE
TAXPAYER IDENTIFICATION UNIT
25 ELM PLACE, 3RD FLOOR
BROOKLYN, NY 11201-5826

NEW YORK STATE TAX COMMISSION
BANKRUPTCY/SPECIAL PROCEDURES
SECTION
P.O. BOX 5300
ALBANY, NY 12205-0300

OXFORD HEALTH PLANS
ATTN: CDM/BANKRUPTCY
HARTFORD, CT 06103

OFFICE OF THE U.S. TRUSTEE
201 VARICK STREET, STE. 1006
NEW YORK, NY 10014-4811
ATTN: MARK BRUH

OFFICE OF THE
NY STATE ATTORNEY GENERAL
28 LIBERTY STREET
NEW YORK, NY 10005-1400

PARIS GYPARAKIS, ESQ.
ROSEN & ASSOCIATES, P.C.
747 THIRD AVENUE
NEW YORK, NY 10017-2850

PARK VIEW HOTEL
JARDIN CENTRAL PRE-ASSESSMENT
SHELTER
ATTN: JUSTIN PODOLSKY
55 WEST 110TH STREET
NEW YORK, NY 10026-4302

PARKVIEW HOTEL, LLC
C/O ROSEN & ASSOCIATES, P.C.
747 THIRD AVENUE
NEW YORK, NY 10017-2803

PAYLOCITY
1359 BROADWAY SUITE 808
NEW YORK, NY 10018-7727

ROSEN & ASSOCIATES, P.C.
747 THIRD AVENUE
NEW YORK, NY 10017-2803
ATTN: SANFORD P. ROSEN, ESQ.

REBECCA FORTNEY
LAW OFFICE OF FRANK A. CETERO
510 SUNRISE HIGHWAY
WEST BABYLON, NY 11704-6039

RENEE TURNER
C/O THE BRUMER LAW FIRM, P.C.
ATTN: MICHAEL BRUMER, ESQ.
600 WEST 246TH STREET, STE. 904
BRONX, NY 10471-3623

RUTH E. BLANCO
C/O ROSS & HILL
ATTN: ADAM HILL, ESQ.
16 COURT STREET, STE. 3500
BROOKLYN, NY 11241-1030

STAPLES / TOM RIGGLEMAN
7 TECHNOLOGY CIRCLE
COLUMBIA, SC 29203-9591

SHIRLEY PERALES
868 EAST 95TH STREET
BROOKLYN, NY 11236-2006

SHIRLEY PERALES
C/O SHAKHNEVICH LAW GROUP, P.C.
ATTN: STEVEN SHAKHNEVICH, ESQ.
1733 SHEEPSHEAD BAY RD., STE. 45
BROOKLYN, NY 11235-3742

SMITH CAIRNS FORD, INC.
900 CENTRAL PARK AVE.
YONKERS, NY 10704-1042

STEPHANIE SANCHEZ
1056 BOYNTON AVENUE, APT. 4F
BRONX, NY 10472-5805

STEPHANIE SANCHEZ
C/O WILLIAM SCHWITZER &
ASSOCIATES, P.C.
ATTN: JOHN C. MERLINO, ESQ.
820 SECOND AVENUE, 10TH FL.
NEW YORK, NY 10017-4542

STEVEN KIRKPATRICK
ROMER DEBBAS LLP
275 MADISON AVENUE, SUITE 801
NEW YORK, NY 10016-1153

THE LAW OFFICES OF MICHAEL S.
LAMONSOFF, PLL
FINANCIAL SQUARE AT 32 OLD SLIP
8TH FLOOR
NEW YORK, NY 10005

TIME WARNER CABLE
400 ATLANTIC STREET
STAMFORD, CT 06901-3512

MAURICE WUTSCHER LLP
ALAN C. HOCHHEISER
23611 CHAGRIN BLVD. SUITE 207
BEACHWOOD, OH 44122

VERIZON
42 ST. BRYANT PARK STATION
NEW YORK, NY 10018

VETERAN HOSPITALITY LLC
C/O ROSEN & ASSOCIATES, P.C.
747 THIRD AVENUE
NEW YORK, NY 10017-2803

VONAGE BUSINESS
23 MAIN STREET
HOLMDEL, NJ 07733-2136

WAYNE TATUM
441 BEACH 51ST STREET, APT. 8A
FAR ROCKAWAY, NY 11691-1026

WAYNE TATUM
P.O. BOX 714
NEW YORK, NY 10026-0714

WE CARE HOUSING SERVICE, LLC
C/O ROSEN & ASSOCIATES, P.C.
747 THIRD AVENUE
NEW YORK, NY 10017-2803

WE CARE HOUSING SERVICES LLC
C/O ALBERT FAKS
55 WEST 110TH STREET
NEW YORK, NY 10026-4302

WESTCHESTER AVE CW & LUBE INC.
1440 WESTCHESTER AVE
BRONX, NY 10472-2930

XAVIER HERNANDEZ
1056 BOYNTON AVENUE, APT. 2A
BRONX, NY 10472-5805

XAVIER HERNANDEZ
C/O DANSKER & ASPROMONTE
ASSOCIATES
ATTN: SALVATORE ASPROMONTE,
ESQ.
30 VESEY STREET, 16TH FL.
NEW YORK, NY 10007-3375

ZLOTOLOW & ASSOCIATES, P.C.
58 SOUTH SERVICE ROAD, SUITE 130
MELVILLE, NY 11747
JASON S. FIRESTEIN, ESQ.

ALLA KACHAN, ESQ.
LAW OFFICES OF ALLA KACHAN, P.C.
2799 CONEY ISLAND AVENUE, STE 202
BROOKLYN, NY 11235