**CULLEN & DYKMAN LLP**
Thomas Slome, Esq.
100 Quentin Roosevelt Boulevard
Garden City, New York 11530
(516) 357-3700
Email: tslome@cullenllp.com

Michelle McMahon, Esq.
One Battery Park Plaza, 34th Fl.
New York, New York 10004
(212) 510-2296
Email: mmcmahon@cullenllp.com

*Counsel to Lori Lapin Jones, Esq. solely*
*in her capacity as Plan Administrator of Aguila Inc.*

Date of Hearing:
August 16, 2023 at 10:00 a.m.
Response Deadline:
August 9, 2023 at 4:00 p.m.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 21-11776 (MG) |
| Aguila, Inc. | |
| Debtor. | |

---

## <u>NOTICE OF CLAIM OBJECTION 6 – LATE FILED CLAIM</u>

**PLEASE TAKE NOTICE** that Lori Lapin Jones, Esq., solely in her capacity as Plan Administrator for Aguila, Inc. ("<u>Debtor</u>"), filed *Claim Objection 6 – Late Filed Claim* (the "<u>Objection</u>"), attached hereto, and a hearing to consider the Objection will be held before Honorable Martin Glenn, Chief United States Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York on August 16, 2023 at 10:00 -a.m. (EST) (the "<u>Hearing</u>") or as soon thereafter as counsel may be heard. The Hearing will be conducted by Zoom for Government conference. Participants are required to register their appearance by 4:00 PM the day before any scheduled Zoom® hearing at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the Objection must be made in writing, conform to the Bankruptcy Rules and the Local Bankruptcy Rules for the Bankruptcy Court and be filed with the Bankruptcy Court electronically in accordance with General Order M-399 (a copy of which can be found at *www.nysb.uscourts.gov*, the official website for the United States Bankruptcy Court for the Southern District of New York), by registered users of the Bankruptcy Court's case filing system and, by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect or any other Windows-based word processing format (with a hard copy delivered directly to Chambers) and shall be served upon: (i) counsel to Plan Administrator, Cullen and Dykman LLP, Attn: C. Michelle McMahon, Esq., One Battery Park Plaza, 34th Fl., New York, New York 10004; and (ii) the Office of the United States Trustee for the Southern District of New York, 201 Varick Street, Room 1006, New York, New York 10014, Attn: Mark Bruh, Esq. so as to be actually received by no later than 4:00 p.m. on August 9, 2023 (the "Response Deadline").

**PLEASE TAKE FURTHER NOTICE** that if you have questions about why your claim is identified in the Objection, you may the undersigned counsel for the Plan Administrator.

**PLEASE TAKE FURTHER NOTICE** that if no responses are properly filed, served and received with respect to the Objection by the Response Deadline, the Court may enter an Order granting the relief requested in the Objection without further notice or a hearing, which order may disallow, expunge, reduce or reclassify your claim. The parties are required to attend the hearing and failure to attend may result in relief being granted or denied upon default.

Dated: July 17, 2023        **CULLEN AND DYKMAN LLP**

     */s/ Michelle McMahon*_____
Michelle McMahon
One Battery Park Plaza, 34th Fl.
New York, New York 10004
(212) 510-2296
Email: mmcmahon@cullenllp.com

*Counsel to Lori Lapin Jones, Esq. solely in her capacity as Plan Administrator of Aguila Inc.*

**CULLEN & DYKMAN LLP**
Thomas Slome, Esq.
100 Quentin Roosevelt Boulevard
Garden City, New York 11530
(516) 357-3700
Email: tslome@cullenllp.com

Michelle McMahon, Esq.
One Battery Park Plaza, 34th Fl.
New York, New York 10004
(212) 510-2296
Email: mmcmahon@cullenllp.com

*Counsel to Lori Lapin Jones, Esq. solely*
*in her capacity as Plan Administrator of Aguila Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| | Chapter 11 |
| In re: | Case No. 21-11776 (MG) |
| Aguila, Inc. | |
| Debtor. | |

---

## CLAIM OBJECTION 6 – LATE FILED CLAIM

TO THE HONORABLE MARTIN GLENN,
CHIEF UNITED STATES BANKRUPTCY JUDGE

      Lori Lapin Jones, Esq., solely in her capacity as Plan Administrator for Aguila, Inc.

("<u>Debtor</u>"), objects to the administrative expense claim filed by the NYS Department of Labor

(the "<u>Claimant</u>") on the basis that the Claimant filed its claim after the deadline set by the Court,

and has not sought or been granted leave to late file its claim, and seeks entry of an Order

disallowing this claim. In support of the Objection, the Plan Administrator respectfully

represents as follows:

**JURISDICTION AND VENUE**

1.      The Court has jurisdiction over this case pursuant to 28 U.S.C. §§157(a) and 1334.

2.      Venue of this case is proper pursuant to 28 U.S.C. §§1408 and 1409.

3.      This is a core proceeding pursuant to 28 U.S.C. §§157(b)(2)(B).

4.      This Objection is made pursuant to, *inter alia*, section 105(a) of title 11 of the United States Code ("Bankruptcy Code"), Rule 3007 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") and Article VII of the Official Committee of Unsecured Creditors' Second Amended Plan of Liquidation [Dkt. No. 94] (the "Plan").

**BACKGROUND**

5.      On October 11, 2021 ("Petition Date"), the Debtor filed a voluntary petition pursuant to Chapter 11 of the Bankruptcy Code in the Court, Case No. 21-11776 (the "Bankruptcy").

6.      On December 14, 2021, the Office of the United States Trustee, pursuant to section 1102 of the Bankruptcy Code, appointed the Official Committee of Unsecured Creditors comprised of the following members: (i) Parkview Hotel, LLC, (ii) Intrepid Group, LLC and (iii) 437 Morris Park, LLC (the "Committee").

7.      On October 21 and 26, 2021, the Debtor filed its Schedules [Dkt. Nos. 8], which it amended on October 27, 2021 [Dkt. No. 17] (collectively the "Schedules").

8.      The Debtor set, and the Bankruptcy Court approved, deadlines of January 19, 2022, for filing claims against the Debtor (the "Bar Date") and April 13, 2022 for claims by governmental creditors (the "Government Bar Date") [Dkt. Nos. 28 and 38].

9.      The Committee filed its Official Committee of Unsecured Creditors Plan of Liquidation and accompanying Disclosure Statement [Dkt. Nos. 86 and 87] and subsequently

obtained approval of its Second Amended Disclosure Statement for the Official Committee of Unsecured Creditors Second Amended Plan of Liquidation [Dkt. No. 95] and confirmation of the Plan. On June 24, 2022, the Court entered the Order Confirming the Official Committee of Unsecured Creditors' Second Amended Plan of Liquidation [Dkt. No. 119] (the "Confirmation Order"). The Plan Administrator was appointed under the Second Amended Plan, Lori Lapin Jones, Esq. The Plan went effective on July 12, 2022 (the "Effective Date").

10.      The Plan set a deadline of the 35th day (or the next Business Day if the 35th day is a holiday or weekend day) after the Effective Date to file claims that arose during the period between Petition Date through and including the Effective Date (the "Administrative Bar Date"). Notice of the Administrative Bar Date was provided to all creditors, including the Claimant, in the Notice Of Effective Date, Administrative Claim Bar Date And Rejection Claim Bar Date [Dkt. No. 123]. *See* Certificate of Service of Dkt No. 123 [Dkt. No. 132]. The 35th day after the Effective Date, and therefore the Administrative Bar Date, was August 16, 2022.

11.      The Debtor's claim register, an excerpt of which is attached hereto as Exhibit 1, shows that the Claimant filed claim no. 29-1 asserting an administrative expense claim in the amount of $38,437.23 on August 25, 2022, which it amended and superseded by claim no. 29-2 filed on November 21, 2022 asserting an increased administrative expense claim of $63,304.31 (the "Late Claim").

### RELIEF REQUESTED AND LEGAL SUPPORT THEREFORE

12.      By this Objection, the Plan Administrator seeks entry of an order disallowing the Late Claim on the basis that it was filed after the Administrative Bar Date. A proposed Order is annexed as Exhibit 2. The Late Claim was filed after the Administrative Bar Date and the Claimant did not seek relief from this Court to deem its claim timely filed. Pursuant to Rule

3003(c)(2), because the Claimant failed to file the Late Claim by the Administrative Bar Date the Claimant "shall not be treated as a creditor with respect to such claim for the purposes of voting and distribution."

13.     Section 502 of the Bankruptcy Code provides for the disallowance of late-filed claims where, as here, there has been adequate notice of the deadline for filing administrative expense claims. Section 502(b) of the Bankruptcy Code states, in pertinent part, that "if [an] objection to a claim is made, the court, after notice and a hearing, shall . . . allow such claim . . . except to the extent that . . . proof of such claim is not timely filed …." 11 U.S.C. §502(b)(9). Because the Late Claim was not timely filed, it should be disallowed and expunged in accordance with the applicable provisions the Plan, Bankruptcy Rules, and the Bankruptcy Code. *See* Plan, Art. III.4. *See also In re Enron Corp.*, 298 B.R. 513, 525 (Bankr. S.D.N.Y. 2003) (disallowing late-filed claim because "Debtors would be unduly prejudiced by possibly opening the floodgates for similar late-filed … claims"), aff'd, 419 F.3d 115 (2d Cir. 2005); *In re Lehman Brothers Holdings, Inc.*, 433 B.R. 113, 127 (Bankr. S.D.N.Y. 2010) (disallowing late-filed claims, as allowing such claims "would expose the Debtors to the risk of a virtually never ending claims resolution process"), aff'd, 445 B.R. 137 (S.D.N.Y. 2011).

## NOTICE/NO PREVIOUS APPLICATION

1.     The required thirty days' notice of this Objection will be provided to: (a) each claimant subject to this Objection; (b) the Office of the United States Trustee; and (c) all parties who filed a notice of appearance in this case. The Plan Administrator submits that no further notice is required.

2.     No previous request for the relief sought herein has been made to this or any other Court.

**WHEREFORE**, the Plan Administrator respectfully requests the entry of an Order,

substantially in the form of the proposed order attached as Exhibit 2, disallowing the Late Claim and for such other, further and different relief as this Court deems just and proper.

Dated: July 17, 2023

**CULLEN AND DYKMAN LLP**

*/s/ Michelle McMahon*
Michelle McMahon
One Battery Park Plaza, 34th Fl.
New York, New York 10004
(212) 510-2296
Email: mmcmahon@cullenllp.com

*Counsel to Lori Lapin Jones, Esq. solely*
*in her capacity as Plan Administrator of Aguila Inc.*

# **EXHIBIT 1**

## **Claims Register Excerpt**

# Southern District of New York
# Claims Register

## 21-11776-mg Aguila, Inc.

| | |
|---|---|
| **Judge:** Martin Glenn | **Chapter:** 11 |
| **Office:** Manhattan | **Last Date to file claims:** 01/19/2022 |
| **Trustee:** | **Last Date to file (Govt):** |

| | | |
|---|---|---|
| *Creditor:* (7965795)<br>NEW YORK STATE DEPARTMENT OF LABOR<br>STATE CAMPUS BLDG 12 RM 256<br>ALBANY, NY 12240 | **Claim No: 29**<br>*Original Filed Date:* 08/25/2022<br>*Original Entered Date:* 08/25/2022<br>*Last Amendment Filed:* 11/21/2022<br>*Last Amendment Entered:* 11/21/2022 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Admin.<br>*Modified:* 11/21/2022 |

Amount claimed: $63304.31
Priority  claimed: $63304.31

*History:*

| | | | |
|---|---|---|---|
| Details | 29-2 | 11/21/2022 | Amended Claim #29 filed by NEW YORK STATE DEPARTMENT OF LABOR, Amount claimed: $63304.31 (Admin.) |
| Details | 29-1 | 08/25/2022 | Claim #29 filed by NEW YORK STATE DEPARTMENT OF LABOR, Amount claimed: $38437.23 (Admin.) |

*Description:*

*Remarks:* (29-2) Account Number (last 4 digits):7229
(29-1) Account Number (last 4 digits):7229

## Claims Register Summary

**Case Name:** Aguila, Inc.
**Case Number:** 21-11776-mg
**Chapter:** 11
**Date Filed:** 10/15/2021
**Total Number Of Claims:** 1

| | |
|---|---|
| **Total Amount Claimed*** | $63304.31 |
| **Total Amount Allowed*** | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| **Secured** | | |
| **Priority** | $63304.31 | |
| **Administrative** | | |

---

**PACER Service Center**

| **Transaction Receipt** | | |
| --- | --- | --- |
| 07/17/2023 11:02:34 | | |
| **PACER Login:** | cullendykman | **Client Code:** | 99999-86 |
| **Description:** | Claims Register | **Search Criteria:** | 21-11776-mg Filed or Entered From: 7/5/2022 Filed or Entered To: 7/17/2023 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

**EXHIBIT 2**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

In re:                                                                          Chapter 11

Aguila, Inc.                                                          Case No.: 21-11776 (MG)

                        Debtor.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

## CLAIM OBJECTION 6 – LATE CLAIM

Upon consideration of the *Claim Objection 6 – Late Claim* (the "Objection"),[1] pursuant

to section 502(b) of the Bankruptcy Code, Bankruptcy Rule 3007 seeking entry of an Order

disallowing and expunging the Claim, all as more set forth in the Objection and exhibits annexed

thereto; and the Court having jurisdiction to consider the Objection and the relief requested in

accordance with 28 U.S.C. §§157 and 1334; and the relief requested therein being a core

proceeding pursuant to 28 U.S.C. §157(b); and venue being proper before this Court pursuant to

28 U.S.C. §§1408 and 1409; and

The Plan Administrator having provided due and proper notice of the Objection to the

Claimant at the address set forth in the Late Claim, the Office of the United States Trustee for the

Southern District of New York and all persons or entities who filed a Notice of Appearance, and

no further notice being necessary; and it appearing that the relief sought in the Objection is in the

best interests of the estate, creditors and all parties in interest; and that the legal and factual bases

set forth in the Objection establish just and sufficient cause for the relief requested herein;

**IT IS HEREBY ORDERED THAT**:

1.        The Objection is granted to the extent set forth herein.

2.        Pursuant to section 502(b) of the Bankruptcy Code, the Late Claims listed is hereby

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

disallowed on the grounds that it was filed after the Administrative Bar Date.

3.      The Plan Administrator's right to (i) object to the Late Claim on any other bases to the extent that the Objection is overruled or overturned on appeal or (ii) object to any other claims (filed or not) is preserved.

4.      Nothing contained herein shall constitute, nor shall it be deemed to constitute, the allowance of any claim asserted against the Debtor.

5.      The Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

6.      The Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____, 2023
New York, New York

_____
THE HONORABLE MARTIN GLENN
CHIEF UNITED STATES BANKRUPTCY JUDGE

## Certificate of Service

I, Michelle McMahon, on July 17, 2023 I caused the foregoing Claim Objection 6 – Late Claim to be served via ECF on the parties registered for ECF notice and first class mail to those parties listed on the annexed service list.

_/s/ Michelle McMahon_____
Michelle McMahon

# SERVICE LIST

AGUILA, INC.
1850 AMSTERDAM AVENUE
UNIT LLA
NEW YORK, NY 10031-1714

FORD MOTOR CREDIT COMPANY LLC
SCHILLER, KNAPP, LEFKOWITZ &
HERTZEL, LL
15 CORNELL ROAD
LATHAM, NY 12110-2182

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

INTREPID GROUP, LLC
C/O ROMER DEBBAS, LLP
275 MADISON AVENUE, SUITE 801
NEW YORK, NY 10016-1153

1101 HOLDING LLC,
1056 BOYNTON AVENUE LLC,
ROMER DEBBAS, LLP
275 MADISON AVENUE
NEW YORK, NY 10016-1001
ATTN: STEVEN KIRKPATRICK

665 CAULDWELL, LLC
C/O JOSEPH A. MARIA, P.C.
301 OLD TARRYTOWN ROAD
WHITE PLAINS, NY 10603-2825

ALLIED UNIVERSAL SECURITY
SERVICES
33-10 QUEENS BLVD., STE. 300
LONG ISLAND CITY, NY 11101-2302

ALLIED UNIVERSAL SECURITY
SERVICES
C/O LAURIE MALLOY
33-10 QUEENS BLVD STE. 300
LONG ISLAND CITY, NY 11101-2302

AMERICREDIT FINANCIAL SERVICES
DBA GM FINANCIAL
PO BOX 183853
ARLINGTON TX 76096-3853

ATLANTIC TOMORROWS OFFICE
134 WEST 26TH STREET
NEW YORK, NY 10001-6803

BORRELL & RISO LLP
1500 HYLAN BLVD.
STATEN ISLAND, NY 10305-1938

BAKARY MAREGA AND DAHABA
MAREGA
504 EAST 178TH STREET, APT. 2A
BRONX, NY 10457

BAKARY MAREGA AND
DAHABA MAREGA
C/O EDELMAN, KRASIN & JAYE, PLLC
ATTN: SAL A. SPANO, ESQ.
ONE OLD COUNTRY ROAD
CARLE PLACE, NY 11514-1801

CONSOLIDATED EDISON COMPANY
OF NEW YORK, INC
EAG/ BANKRUPTCY GROUP
4 IRVING PLACE 9TH FLOOR
NEW YORK 10003-3502

CARLOS LOJA
295 EAST 162ND STREET
BRONX, NY 10451-3441

WINDSTREAM
60 HUDSON STREET
NEW YORK, NY 10013-3315

CARLOS LOJA
C/O BISOGNO & MEYERSON, LLP
ATTN: GEORGE D. SILVA, ESQ.
7018 FORT HAMILTON PKWY.
BROOKLYN, NY 11228-1104

CARLOS LOJA
C/O WINGATE RUSSOTTI SHAPIRO
MOSES & HAL
420 LEXINGTON AVENUE, SUITE2700
NEW YORK, NY 10170-2607

CAULDWELL DEVELOPMENT, LLC
C/O JOSEPH A. MARIA, P.C.
301 OLD TARRYTOWN ROAD
WHITE PLAINS, NY 10603-2825

CHRISTINE CHEUNG
463 EAST 173RD STREET
BRONX, NY 10457-8105

CHRISTINE CHEUNG
C/O ZLOTOLOW & ASSOCIATES, P.C.
ATTN: SCOTT J. ZLOTOLOW, ESQ.
58 SOUTH SERVICE RD., STE 130
MELVILLE, NY 11747-2342

CLARITY BENEFIT SOLUTIONS
77 BRANT AVENUE, #206
CLARK, NJ 07066-1540

CLUSTER
C/O TALMAN TABAK
406 AVENUE F
BROOKLYN, NY 11218-5716

CORPORATION COUNSEL FOR THE
CITY OF NEW YORK
100 CHURCH STREET
NEW YORK, NY 10007-2668

DAVIDOFF HUTCHER & CITRON LLP
120 BLOOMINGDALE ROAD
WHITE PLAINS, NEW YORK 101601
ATTN: JAMES B. GLUCKSMAN, ESQ.
ATTN: ROBERT L. RATTET, ESQ.

DE LAGE LANDEN FINANCIAL
ATTN LITIGATION & RECOVERY
1111 OLD EAGLE SCHOOL ROAD
WAYNE PA 19087-1453

DELL FINANCIAL SERVICES
P O BOX 81577
AUSTIN TX 78708-1577

DELTA ELEVATOR
1536 ERICSON PLACE
BRONX, NY 10461-5415

ENRIQUE ENCARNACION
REBECCA FORTNEY
LAW OFFICE OF FRANK A. CETERO
510 SUNRISE HIGHWAY
WEST BABYLON, NY 11704-6039

ERIC HENBEST
C/O BORRELL & RISO, LLP
1500 HYLAN BLVD.
STATEN ISLAND, NY 10305-1938

FORD MOTOR CREDIT COMPANY
P O BOX 62180
COLORADO SPRINGS CO 80962-2180

FERRO, KUBA, MANGANO, SKYLAR,
P.C.
825 VETERANS HIGHWAY
HAUPPAUGE, NY 11788-3084

FORD MOTOR CREDIT COMPANY LLC
1 AMERICAN ROAD
DEARBORN, MI 48126-2701

FORD MOTOR CREDIT COMPANY LLC
C/O SCHILLER, KNAPP, LEFKOWITZ
& HERTZEL, LLP
15 CORNELL ROAD
LATHAM, NEW YORK 12110-1490

GARILENA DE LOS SANTOS
738/740 EAST 243RD ST., APT. 3B
BRONX, NY 10470

GARILENIA DE LOS SANTOS
C/O THE FITZGERALD LAW FIRM, P.C.
ATTN: JAMES P. FITZGERALD, ESQ.
538 RIVERDALE AVENUE
YONKERS, NY 10705-3535

GUARDIAN LIFE INSURANCE CO.
10 HUDSON YARDS
NEW YORK, NY 10001-2159

HAVANA EXPRESS
 CATERING SERVICES
815 HUTCHINSON RIVER PKWY.
BRONX, NY 10465-1887

IAN MULLER AND MELISSA MULLER
C/O CRAIG L. DAVIDOWITZ, P.C.
450 SEVENTH AVENUE, STE. 2701
NEW YORK, NY 10123-2701

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY
OPERATIONS
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

INTREPID GROUP, LLC
C/O ROMER DEBBAS, LLP
275 MADISON AVENUE, SUITE 801
NEW YORK, NEW YORK 10016-1153

INTREPID GROUP, LLC
C/O ROMER DEBBAS, LLP
ATTN: JASON A GOODMAN, ESQ.
275 MADISON AVENUE, STE. 801
NEW YORK, NY 10016-1153

JAMES G. ATCHISON
DARROWEVERETT LLP
450 SEVENTH AVENUE
SUITE 1802
NEW YORK CITY, NY 10123-1893

JENNY RIVERA
530 THROGGS NECK EXPRESSWAY
BRONX, NY 10465-1759

LAMB INSURANCE SERVICES
370 LEXINGTON AVE SUITE 608
NEW YORK, NY 10017-6591

LIZA BAEZ
LAW OFFICES OF
 MICHAEL S. LAMONOFF, PLLC
ATTN: JERRY BLOOMFIELD, ESQ.
FINANCIAL SQUARE AT 32 OLD SLIP,
8TH FL.
NEW YORK, NY 10005

LUIS FIGUEROA
C/O FREKHTMAN & ASSOCIATES
ATTN: MICHAEL ROITMAN, ESQ.
60 BAY 26TH STREET
BROOKLYN, NY 11214-3906

MSA SECURITY
9 MURRARY STREET
NEW YORK, NY 10007-2223

MARTIN A. MOONEY, ESQ.
SCHILLER, KNAPP, LEFKOWITZ
 & HERTZEL, LL
15 CORNELL ROAD
LATHAM, NY 12110

METROPOLITAN
TELECOMMUNICATIONS
55 WATER STREET, 32ND FL.
NEW YORK, NY 10041-3299

NYC DEPARTMENT OF HOMELESS
SERVICES
150 GREENWICH STREET
NEW YORK, NY 10007-2366

NYC DEPT. OF HOMELESS SERVICES
33 BEAVER STREET, 17TH FL.
NEW YORK, NY 10004-2737

NYC LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007-2668

NYS DEPT OF LABOR - DIV OF LABOR
STANDARD
STATE OFFICE CAMPUS
BUILDING 12, ROOM 256
ALBANY, NY 12240-0001

NYS DEPT. OF TAXATION & FINANCE
ATTN: OFFICE OF COUNSEL, BLDG. 9
W.A. HARRIMAN STATE CAMPUS
ALBANY, NY 12227-0001

NAQUANA MILLER
756 FOX STREET
BRONX, NY 10455-2002

NAQUANA MILLER
C/O LAW OFFICES OF ZEMSKY &
SALOMON, P.C
ATTN: MICHAEL L. SALOMON, ESQ.
33 FRONT STREET, STE. 207
HEMPSTEAD, NY 11550-3601

NEIGHBORHOOD ASSOCIATION FOR
INTER-CULTURAL AFFAIRS, INC.
(NAICA)
C/O DARROWEVERETT LLP
450 SEVENTH AVENUE, STE. 1802
NEW YORK, NY 10123

NEW YORK CITY DEPT. OF FINANCE
TAXPAYER IDENTIFICATION UNIT
25 ELM PLACE, 3RD FLOOR
BROOKLYN, NY 11201-5826

NEW YORK STATE TAX COMMISSION
BANKRUPTCY/SPECIAL PROCEDURES
SECTION
P.O. BOX 5300
ALBANY, NY 12205-0300

OXFORD HEALTH PLANS
ATTN: CDM/BANKRUPTCY
HARTFORD, CT 06103

OFFICE OF THE U.S. TRUSTEE
201 VARICK STREET, STE. 1006
NEW YORK, NY 10014-4811
ATTN: MARK BRUH

OFFICE OF THE
NY STATE ATTORNEY GENERAL
28 LIBERTY STREET
NEW YORK, NY 10005-1400

PARIS GYPARAKIS, ESQ.
ROSEN & ASSOCIATES, P.C.
747 THIRD AVENUE
NEW YORK, NY 10017-2850

PARK VIEW HOTEL
JARDIN CENTRAL PRE-ASSESSMENT
SHELTER
ATTN: JUSTIN PODOLSKY
55 WEST 110TH STREET
NEW YORK, NY 10026-4302

PARKVIEW HOTEL, LLC
C/O ROSEN & ASSOCIATES, P.C.
747 THIRD AVENUE
NEW YORK, NY 10017-2803

PAYLOCITY
1359 BROADWAY SUITE 808
NEW YORK, NY 10018-7727

ROSEN & ASSOCIATES, P.C.
747 THIRD AVENUE
NEW YORK, NY 10017-2803
ATTN: SANFORD P. ROSEN, ESQ.

REBECCA FORTNEY
LAW OFFICE OF FRANK A. CETERO
510 SUNRISE HIGHWAY
WEST BABYLON, NY 11704-6039

RENEE TURNER
C/O THE BRUMER LAW FIRM, P.C.
ATTN: MICHAEL BRUMER, ESQ.
600 WEST 246TH STREET, STE. 904
BRONX, NY 10471-3623

RUTH E. BLANCO
C/O ROSS & HILL
ATTN: ADAM HILL, ESQ.
16 COURT STREET, STE. 3500
BROOKLYN, NY 11241-1030

STAPLES / TOM RIGGLEMAN
7 TECHNOLOGY CIRCLE
COLUMBIA, SC 29203-9591

SHIRLEY PERALES
868 EAST 95TH STREET
BROOKLYN, NY 11236-2006

SHIRLEY PERALES
C/O SHAKHNEVICH LAW GROUP, P.C.
ATTN: STEVEN SHAKHNEVICH, ESQ.
1733 SHEEPSHEAD BAY RD., STE. 45
BROOKLYN, NY 11235-3742

SMITH CAIRNS FORD, INC.
900 CENTRAL PARK AVE.
YONKERS, NY 10704-1042

STEPHANIE SANCHEZ
1056 BOYNTON AVENUE, APT. 4F
BRONX, NY 10472-5805

STEPHANIE SANCHEZ
C/O WILLIAM SCHWITZER &
ASSOCIATES, P.C.
ATTN: JOHN C. MERLINO, ESQ.
820 SECOND AVENUE, 10TH FL.
NEW YORK, NY 10017-4542

STEVEN KIRKPATRICK
ROMER DEBBAS LLP
275 MADISON AVENUE, SUITE 801
NEW YORK, NY 10016-1153

THE LAW OFFICES OF MICHAEL S.
LAMONSOFF, PLL
FINANCIAL SQUARE AT 32 OLD SLIP
8TH FLOOR
NEW YORK, NY 10005

TIME WARNER CABLE
400 ATLANTIC STREET
STAMFORD, CT 06901-3512

MAURICE WUTSCHER LLP
ALAN C. HOCHHEISER
23611 CHAGRIN BLVD. SUITE 207
BEACHWOOD, OH 44122

VERIZON
42 ST. BRYANT PARK STATION
NEW YORK, NY 10018

VETERAN HOSPITALITY LLC
C/O ROSEN & ASSOCIATES, P.C.
747 THIRD AVENUE
NEW YORK, NY 10017-2803

VONAGE BUSINESS
23 MAIN STREET
HOLMDEL, NJ 07733-2136

WAYNE TATUM
441 BEACH 51ST STREET, APT. 8A
FAR ROCKAWAY, NY 11691-1026

WAYNE TATUM
P.O. BOX 714
NEW YORK, NY 10026-0714

WE CARE HOUSING SERVICE, LLC
C/O ROSEN & ASSOCIATES, P.C.
747 THIRD AVENUE
NEW YORK, NY 10017-2803

WE CARE HOUSING SERVICES LLC
C/O ALBERT FAKS
55 WEST 110TH STREET
NEW YORK, NY 10026-4302

WESTCHESTER AVE CW & LUBE INC.
1440 WESTCHESTER AVE
BRONX, NY 10472-2930

XAVIER HERNANDEZ
1056 BOYNTON AVENUE, APT. 2A
BRONX, NY 10472-5805

XAVIER HERNANDEZ
C/O DANSKER & ASPROMONTE
ASSOCIATES
ATTN: SALVATORE ASPROMONTE,
ESQ.
30 VESEY STREET, 16TH FL.
NEW YORK, NY 10007-3375

ZLOTOLOW & ASSOCIATES, P.C.
58 SOUTH SERVICE ROAD, SUITE 130
MELVILLE, NY 11747
JASON S. FIRESTEIN, ESQ.

ALLA KACHAN, ESQ.
LAW OFFICES OF ALLA KACHAN, P.C.
2799 CONEY ISLAND AVENUE, STE 202
BROOKLYN, NY 11235

DELL FINANCIAL SERVICES
ONE DELL WAY RR2DF-26
ROUND ROCK, TX 78682

LAMB INSURANCE SERVICES
370 LEXINGTON AVE SUITE 608
NEW YORK, NY 10168