UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
In re:                                                         Chapter 11

Aguila, Inc.                                   Case No.: 21-11776 (MG)

        Debtor.
------------------------------------------------------------- x

## ORDER EXTENDING THE PLAN ADMINISTRATOR'S TIME TO OBJECT TO CLAIMS UNDER OFFICIAL COMMITTEE OF UNSECURED CREDITORS' SECOND AMENDED PLAN OF LIQUIDATION

Upon consideration of the *Motion to Extend The Plan Administrator's Time To Object To Claims Under Official Committee Of Unsecured Creditors' Second Amended Plan Of Liquidation* [Dkt No. 220] (the "Motion"),[1] pursuant to section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9006(b)(1), seeking an extension of the Claim Objection Deadline through June 10, 2025, all as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and grant the relief requested in accordance with 28 U.S.C. §§157 and 1334; and the relief requested therein being a core proceeding pursuant to 28 U.S.C. §157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§1408 and 1409; and

The Plan Administrator having provided due and proper notice of the Motion to the Office of the United States Trustee and all persons or entities who filed a Notice of Appearance, and no further notice being necessary; and it appearing that the relief sought in the Motion is in the best interests of the estate, creditors and all parties in interest; and that the legal and factual bases set forth in the Motion establish just and sufficient cause for the relief requested herein;

**IT IS HEREBY ORDERED THAT**:

    1.      The Motion is granted to the extent set forth herein.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

2. Pursuant to section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9006(b)(1) the Claim Objection Deadline is hereby extended through and including June 10, 2025.

3. The extension granted in this Order is without prejudice to the Plan Administrator's right to seek further extensions of the Claim Objection Deadline.

4. The Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: December 26, 2024
      New York, New York

                                                   /s/Martin Glenn
                                        THE HONORABLE MARTIN GLENN
                                  CHIEF UNITED STATES BANKRUPTCY JUDGE